UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                        :

UNITED STATES OF AMERICA
                                        :     SEALED ORDER

   - v. -
                                        :     22 Cr. **240**___)

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,             :

        Defendants.     :

- - - - - - - - - - - - - - - - - x

    Upon the application of the United States, by the United States Attorney for the Southern District of New York, Damian Williams, by Assistant United States Attorney Matthew Podolsky;

    It is found that the Indictment in the above-captioned action, 22 Cr. ___, is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed upon the arrest or surrender of the defendants, it is therefore

    ORDERED that the Indictment, 22 Cr. ___, in the above-captioned action be unsealed upon the arrest or surrender of the defendants, and, upon unsealing, shall remain unsealed pending further order of the Court.

IT IS FURTHER ORDERED that the above-captioned Indictment be assigned to a District Court Judge upon its unsealing.

Dated:  New York, New York
        April 25, 2022

_____
THE HONORABLE GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE