AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CR-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang.

Date: 04/27/2022

s/ Lawrence S. Lustberg
*Attorney's signature*

Lawrence S. Lustberg
*Printed name and bar number*

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
*Address*

llustberg@gibbonslaw.com
*E-mail address*

(973) 596-4731
*Telephone number*

(973) 639-6285
*FAX number*