

Lawrence S. Lustberg
Director

Gibbons P.C.
One Gateway Center
Newark, NJ 07102-5310
Direct: 973-596-4731 Fax: 973-639-6285
llustberg@gibbonslaw.com

May 5, 2022

**VIA ECF**
Honorable Andrew L. Carter Jr., United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    **Re:**   *United States v. Hwang, et al.*
             **Docket No. 22-cr-240**

Dear Judge Carter:

    This firm represents defendant Sung Kook (Bill) Hwang in the above-captioned matter. On April 27, 2022, Mr. Hwang was arrested and released on bail under the following conditions: a $100,000,000 bail bond to be secured by Mr. Hwang's signature and that of two co-signatories (one of whom would be his wife) and $5,000,000 in cash to be deposited with the court; the posting of two properties that would be forfeited should he violate the conditions of his release (one of which would be his primary residence at 26 Trafalgar Road, Tenafly, NJ); the surrender of Mr. Hwang's wife's passport (Mr. Hwang does not have one, having lost it); the restriction of Mr. Hwang's travel to the Southern and Eastern Districts of New York, the District of Connecticut, and the District of New Jersey; and supervision by the Office of Pretrial Services. Mr. Hwang was given until tomorrow, May 6, 2022, to satisfy these conditions.

    The $5,000,000.00 deposit, as well as all the other requirements of Mr. Hwang's bail, except for the posting of real property, have now been fully satisfied. With regard to the condition that property be posted, the parties have agreed that filing of the attached Agreements to Forfeit Property, as well as the deeds, for each of the two properties at issue will be deemed the equivalent of posting his interest in two properties that he owns and thus is sufficient to satisfy that condition of release.

    If this is acceptable to the Court, Mr. Hwang respectfully requests that Your Honor execute the enclosed agreements and "So-Order" this letter in the space provided below and direct its entry on the docket.

    Of course, if the Court has any questions or concerns, please do not hesitate to contact me. Thank you very much for your very kind consideration of this matter.

GIBBONS P.C.

Hon. Andrew L. Carter Jr., U.S.D.J.
May 5, 2022
Page 2

                                                    Respectfully yours,

                                                    s/Lawrence S. Lustberg
                                                    Lawrence S. Lustberg

**SO ORDERED:**
This ____ day of March, 2022

_____
Honorable Andrew L. Carter Jr.
United States District Judge

cc:    All counsel of record (via email and ECF)