# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

UNITED STATES OF AMERICA
V.

**AGREEMENT TO FORFEIT PROPERTY**

__Sung Kook (Bill Hwang)__
Defendant

CASE NUMBER:    CRIMINAL NO. **22cr240**

I/we, the undersigned, acknowledge pursuant to 18 U.S.C. §3142(c) (1) (B) (xi) in consideration of the release of the defendant that I/we and my/our personal representatives jointly and severally agree to forfeit to the United States of America the following property:

26 Trafalgar Rd
Tenafly, NJ 07670

and there has been posted with the court the following indicia of my/our ownership of the property:

COPY OF DEED

I/we further declare under penalty of perjury that I am/we are the sole owner(s) of the property described above and that the property described above is not subject to any lien, encumbrance, or claim of right or ownership except my/our own, that imposed by this agreement, and those listed below:

A mortgage with Citizens Bank

and that I/we will not alienate, further encumber, or otherwise willfully impair the value of my/our interest in the property.

The conditions of this agreement are that the defendant __Sung Kook (Bill) Hwang__
(Name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States Court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing agreement (including any proceedings on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this agreement, then this agreement is to be void, but if the defendant fails to obey or perform any of these conditions, the property described in this agreement shall immediately be forfeited to the United States. Forfeiture under this agreement for any breach of its conditions may be declared by any United States District Court having cognizance of the above entitled matter at the time of such breach, and if the property is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for forfeiture of the property together with interest and costs, and execution may be issued and the property secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States of America.

This agreement is signed on __5-5-2022__ at __26 Trafalgar Road, Tenafly, NJ 07670__
            (Date)              (Place)

Defendant __/s/ Sung Kook (Bill) Hwang__   Address __26 Trafalgar Rd, Tenafly, NJ 07670__

Owner(s)/ __/s/ Sung Kook (Bill) Hwang__   Address __26 Trafalgar Rd, Tenafly, NJ 07670__

Obligor(s) __/s/ Becky Hwang__   Address __26 Trafalgar Rd, Tenafly, NJ 07670__

Signed and acknowledged before me on __5/5/2022__
                                        (Date)

__/s/__
Third-Party Witness

Approved: _____   _____
Judge Andrew L. Carter Jr.                Courtroom Deputy Clerk

Scanned with CamScanner

NEW CONSTRUCTION



*Deed*

Consideration : 3525000.00
Realty Transfer Fee : 40127.50
State Portion : 1265.00
County Portion : 5287.50
Municipality Portion : 13575.00

1% Grantee Fee Paid $35,250.00

This Deed is made on **July 17, 2008**
**BETWEEN**

**26 TRAFALGAR ROAD, LLC**

a Limited Liability Company of the State of New Jersey
having its principal office at
**26 Trafalgar Road, Tenafly, NJ 07670**

72327      Deed - New Construction > 1,
0
Kathleen A. Donovan  Recording Fee 90.00
Bergen County Clerk
Recorded 07/31/2008 12:16

referred to as the Grantor,
**AND**

**SUNG KOOK HWANG and BECKY HWANG, his wife**

whose post office address is
**about to be 26 Trafalgar Road, Tenafly, NJ 07670**

referred to as the Grantee.
The words "Grantor" and "Grantee" shall mean all Grantors and all Grantees listed above.

1. **Transfer of Ownership.** The Grantor grants and conveys (transfers ownership of) the property (called the "Property") described below to the Grantee. This transfer is made for the sum of **($3,525,000.00)**
**Three Million Five Hundred Twenty Five Thousand Dollars and No Cents**
The Grantor acknowledges receipt of this money.

2. **Tax Map Reference.**      (N.J.S.A. 46:15-1.1) Municipality of **Tenafly**
Block No. **2804**           Lot No. **6**         Qualifier No. ———————Account No.
☐ No property tax identification number is available on the date of this Deed.
(Check box if applicable.)

3. **Property.** The property consists of the land and all the buildings and structures on the land in the **Borough** of **Tenafly**, County of **Bergen** and State of New Jersey. The legal description is:

☑   Please see attached Legal Description annexed hereto and made a part hereof. (Check box if applicable.)

    Being the same premises conveyed to Grantors herein by deed from Gerald Taufield, married dated December 15, 2006, recorded January 10, 2007, in the Bergen County Clerk's Office in Deed Book 9229, Page 315.

Prepared by:

Richard A. Hubschman, Jr.

BK09584PG065



**First American Title Insurance Company**

## TITLE INSURANCE COMMITMENT

File Number: A 7118

### SCHEDULE C
### LEGAL DESCRIPTION

All that certain Lot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the Borough of Tenafly, County of Bergen State of New Jersey:

Being known and designated as Lot 10 Block 266 as shown on a certain map entitled "Section Three of Map No. 2 of Sherwood Hills, made for Charles and Henry Costanzo at Tenafly-Bergen Co., NJ" filed in the Office of the Bergen County Clerk on July 5, 1955 as filed map no. 4852.

Beginning at a point on the northeasterly line of Trafalgar Road at a point therein distant 200.00 feet northwesterly from its intersection with the northwesterly line of Sunderland Road, if both were produced to intersect, said point also being the dividing line between Lot 10 and Lot 1 as shown on the above referenced filed map and running; thence

1. North 45 degrees 03 minutes 56 seconds East, 168.01 feet to a point; thence

2. South 68 degrees 21 minutes 50 seconds East, 191.05 feet to a point on the northwesterly line of Sunderland Road; thence

3. Along the same, on a curve to the right, having a radius of 110.00 feet an arc length 89.39 feet to a point of tangency; thence

4. Still along the same, South 47 degrees 23 minutes West, 147.00 feet to a point of curvature; thence

5. On a curve to the right, having a radius of 20.00 feet, an arc length of 30.90 feet to a point of tangency on the northeasterly line of Trafalgar Road; thence

6. Along the same, North 44 degrees 06 minutes 24 seconds West, 180.51 feet to the point or place of beginning.

For information purposes only: Being known as Lot 6 Block 2804 on the current Tax and Assessment map in use in the Borough of Tenafly, Bergen County, New Jersey.

Accura Title, Inc.
545-547 39th Street
Union City, NJ 07087
201-553-1770 / Fax # 201-553-1790

New Jersey Land Title
Insurance Rating Bureau
ALTA Plain Language Commitment 2006

BK 09584 PG 066

NJRB 3-08
Effective 2/15/2007
FANJ 3-08

The street address of the Property is:
**26 Trafalgar Road, Tenafly, New Jersey 07670**

4. **Signatures.** The Grantor signs this Deed as of the date at the top of the first page. (Print name below each signature).

Witnessed by:

_____
Richard A. Hubschman, Jr.

**26 TRAFALGAR ROAD, LLC**

_____
Alex Korenkov, Managing Member

STATE OF NEW JERSEY, COUNTY OF **BERGEN**     SS:
I CERTIFY that on **July 17, 2008**

**ALEX KORENKOV**

personally came before me and stated to my satisfaction that this person (or if more than one, each person):
(a) was the maker of the attached Deed;
(b) was authorized to and did execute this Deed as **Managing Member** of **26 Trafalgar Road, LLC**, the entity named in this Deed;
(c) made this Deed for **$3,525,000.00** as the full and actual consideration paid or to be paid for the transfer of title. (Such consideration is defined in N.J.S.A. 46:15-5); and
(d) executed this Deed as the act of the entity.

RECORD AND RETURN TO:
Wayne A. Stahlmann, Esq.
198 Boulevard
Hasbrouck Heights, NJ 07604

_____
Richard A. Hubschman, Jr.
An Attorney at Law of the State of NJ

BK 09584 PG 067

GIT/REP-3
(12-07)

State of New Jersey
# Seller's Residency Certification/Exemption
(C.55, P.L. 2004)

(Please Print or Type)

**SELLER(S) INFORMATION** (see Instructions, page 2):
Name(s) **26 Trafalgar Road, LLC by Alex Korenkov, Managing Member**
Current Resident Address **26 Trafalgar Road**
City, Town, Post Office **Tenafly**     State **NJ**   Zip Code **07670**

**PROPERTY INFORMATION** (Brief Property Description):
Block(s) **2804**     Lot(s) **6**     Qualifier
Street Address **26 TrafalgarRoad**
City, Town, Post Office **Tenafly**    State **NJ**   Zip Code **07670**
Seller's Percentage of Ownership **100%**   Consideration **$3,525,000.00**   Closing Date **July 17, 2008**

**SELLER'S ASSURANCES** (Check the Appropriate Box) (Boxes 2 through 8 apply to NON-residents):

1. ☐ I am a resident taxpayer (individual, estate or trust) of the State of New Jersey pursuant to N.J.S.A. 54A:1-1 et seq. and will file a resident gross income tax return and pay any applicable taxes on any gain or income from the disposition of this property.

2. ☐ The real property being sold or transferred is used exclusively as my principal residence within the meaning of section 121 of the federal Internal Revenue Code of 1986, 26 U.S.C. s. 121.

3. ☐ I am a mortgagor conveying the mortgaged property to a mortgagee in foreclosure or in a transfer in lieu of foreclosure with no additional consideration.

4. ☐ Seller, transferor or transferee is an agency or authority of the United States of America, an agency or authority of the State of New Jersey, the Federal National Mortgage Association, the Federal Home Loan Mortgage Corporation, the Government National Mortgage Association, or a private mortgage insurance company.

5. ☒ Seller is not an individual, estate or trust and as such not required to make an estimated payment pursuant to N.J.S.A.54A:5-1-1 et seq.

6. ☐ The total consideration for the property is $1,000 or less and as such, the seller is not required to make an estimated payment pursuant to N.J.S.A. 54A:5-1-1 et seq.

7. ☐ The gain from the sale will not be recognized for Federal income tax purposes under I.R.C. Section 721, 1031, 1033 or is a cemetery plot. (CIRCLE THE APPLICABLE SECTION.) If such section does not ultimately apply to this transaction, the seller acknowledges the obligation to file a New Jersey income tax return for the year of the sale (see instructions).

   ☐ No non-like kind property received.

8. ☐ Transfer by an executor or administrator of a decedent to a devisee or heir to effect distribution of the decedent's estate in accordance with the provisions of the decedent's will or the intestate laws of this state.

**SELLER(S) DECLARATION:**
The undersigned understands that this declaration and its contents may be disclosed or provided to the New Jersey Division of Taxation and that any false statement contained herein could be punished by fine, imprisonment, or both. I furthermore declare that I have examined this declaration and, to the best of my knowledge and belief, it is true, correct and complete.

**July 17, 2008**        *Alex Korenkov*
Date                Signature
                    (Seller) Please indicate if Power of Attorney or Attorney in Fact

_____        _____
Date                Signature
                    (Seller) Please indicate if Power of Attorney or Attorney in Fact

1647 – Seller's Residency Certification/Exemption     Powered by HotDocs®    Printed by ALL-STATE LEGAL®
GIT/REP-3                                A Division of ALL-STATE International, Inc.
Rev. 12/07  P2/08    BK09584PG068                www.aslegal.com   800.222.0510   Page 1

MUST SUBMIT IN DUPLICATE
NC1645 - Affidavit of Consideration
RTF-1 (Rev. 2/19/07) P3/07

Printed by ALL-STATE LEGAL®
www.aslegal.com  800.222.0510  Page 1

STATE OF NEW JERSEY
## AFFIDAVIT OF CONSIDERATION FOR USE BY SELLER
(Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM.

STATE OF NEW JERSEY } SS.
COUNTY OF BERGEN

County Municipal Code: 0261

Municipality of Property Location: Tenafly

FOR RECORDER'S USE ONLY
Consideration $ 3,525,000.00
RTF paid by seller $ 40,127.50
Date 7/31/8  By ___
† Use symbol "C" to indicate that fee is exclusively for county use.

(1) **PARTY OR LEGAL REPRESENTATIVE** (See Instructions 3 and 4 attached)
Deponent, __Alex Korenkov__, being duly sworn according to law upon his/her oath deposes
         (Name)
and says that he/she is the __Managing Member__ in a deed dated __7/17/08__
(Grantor, Grantee, Legal Representative, Corporate Officer, Officer of Title Co., Lending Institution, etc.)
transferring real property identified as Block No. __2804__ Lot No. __6__ located at
__26 Trafalgar Road, Tenafly, NJ 07670__ and annexed thereto.
(Street Address, Town)

(2) **CONSIDERATION**: $ 3,525,000.00  (See Instructions 1 and 5)
(3) Property transferred is Class  4A  4B  4C  (circle one). If Class 4A, calculation in Section 3A is required.

(3A) **REQUIRED CALCULATION OF EQUALIZED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS:** (see Instructions 5A and 7)

Total Assessed Valuation ÷ Director's Ratio = Equalized Assessed Valuation
$_____ ÷ _____% = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed value. If Director's Ratio is equal to or in excess of 100%, the assessed value will be equal to the equalized value.

(4) **FULL EXEMPTION FROM FEE:** (see Instruction 8)
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to the exemption symbol is insufficient. Explain in detail. _____

(5) **PARTIAL EXEMPTION FROM FEE:** (see Instruction 9)  NOTE: All boxes below apply to grantor(s) only.
ALL BOXES IN APPROPRIATE CATEGORY MUST BE CHECKED. Failure to do so will void claim for partial exemption.
Deponent claims that this deed transaction is exempt from the State's portion of the Basic Fee, Supplemental Fee and General Purpose Fee, as applicable, imposed by C. 176, P.L. 1975; C. 113, P.L. 2004 and C. 66, P.L. 2004 for the following reason(s): _____

A. **SENIOR CITIZEN** (see Instruction 9)
☐ Grantor(s) 62 years of age or over.*
☐ One- or two-family residential premises.
☐ Resident of the State of New Jersey.
☐ Owned and occupied by grantor(s) at time of sale.
☐ Owners as joint tenants must all qualify.

B. **BLIND** (see Instruction 9)
☐ Grantor(s) legally blind.*
☐ One- or two-family residential premises.
☐ Owned and occupied by grantor(s) at time of sale.
☐ Owners as joint tenants must all qualify.
☐ Resident of the State of New Jersey.
* IN THE CASE OF HUSBAND AND WIFE/CIVIL UNION PARTNERS, ONLY ONE GRANTOR NEEDS TO QUALIFY IF OWNED AS TENANTS BY THE ENTIRETY.

**DISABLED** (see Instruction 9)
☐ Grantor(s) permanently and totally disabled.*
☐ Receiving disability payments.*
☐ Not gainfully employed.*
☐ One- or two-family residential premises.
☐ Owned and occupied by grantor(s) at time of sale.
☐ Owners as joint tenants must all qualify.
☐ Resident of the State of New Jersey.

C. **LOW AND MODERATE INCOME HOUSING** (see Instruction 9)
☐ Affordable according to HUD standards.
☐ Meets income requirements of region.
☐ Reserved for occupancy.
☐ Subject to resale controls.

(6) **NEW CONSTRUCTION** (see Instructions 2, 10 and 12)
☒ Entirely new improvement.
☒ Not previously used for any purpose.
☒ Not previously occupied.
☒ "NEW CONSTRUCTION" printed clearly at the top of the first page of the deed.

(7) Deponent makes this Affidavit to induce the County Clerk or Register of Deeds to record the deed and accept the fee submitted herewith in accordance with the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me
this __Seventeenth__
day of __July__ 20 __08__

Notary Public
Richard A. Hubschman, Jr.

Signature of Deponent
26 Trafalgar Road
Tenafly, NJ 07670
Deponent Address

XXX-XX-X_0 2 1_
Last 3 digits in Grantor's Social Security No.

Alex Korenkov
Grantor Name
26 Trafalgar Road
Tenafly, NJ 07670
Grantor Address at Time of Sale

Name/Company of Settlement Officer

This form is prescribed by the Director, Division of Taxation in the Department of the Treasury, as required by law, and may not be altered or amended without the prior approval of the Director. For information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at www.state.nj.us/treasury/taxation/lpt/localtax.htm.

FOR OFFICIAL USE ONLY
Instrument Number _____ County _____
Deed Number _____ Book _____ Page _____
Deed Dated _____ Date Recorded _____

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Seller when Section 3A is completed.
State of New Jersey – Division of Taxation, P.O. Box 251, Trenton, NJ 08695-0251, Attention: Realty Transfer Fee Unit

BK 09584 PG 069

RTF-1EE (Rev. 2/19/07)  
MUST SUBMIT IN DUPLICATE

**STATE OF NEW JERSEY**  
**AFFIDAVIT OF CONSIDERATION FOR USE BY BUYER**  
(Chapter 49, P.L.1968, as amended through Chapter 33, P.L. 2006) (N.J.S.A. 46:15-5 et seq.)  
BEFORE COMPLETING THIS AFFIDAVIT, PLEASE READ THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS FORM

**STATE OF NEW JERSEY**

COUNTY: BERGEN  
SS. County Municipal Code: 0261  

FOR RECORDER'S USE ONLY  
Consideration: $3,525,000.00  
RTF paid by buyer: $25,150.00  
Date: 7/31/8   By: ___

MUNICIPALITY OF PROPERTY LOCATION: TENAFLY

(1) PARTY OR LEGAL REPRESENTATIVE (See Instructions #3 and #4 on reverse side)  
Last 3 Digits in Grantee's Social Security Number: XXX-XX-X _ _ _

Deponent, WAYNE STAHLMANN ESQ (Name) being duly sworn according to law upon his/her oath, deposes and says that he/she is the LEGAL REPRESENT. (Grantee, Legal Representative, Corporate Officer, Officer of Title Company, Lending Institution, etc.) in a deed dated JULY 17, 2008 transferring real property identified as Block number 2804 Lot number 6 located at 26 TRAFALGAR ROAD, TENAFLY (Street Address, Town) and annexed thereto.

(2) CONSIDERATION $ 3,525,000.00 (See Instructions #1, #5, and #11 on reverse side)

Entire consideration is in excess of $1,000,000:

PROPERTY CLASSIFICATION CHECKED BELOW SHOULD BE TAKEN FROM THE OFFICIAL TAX LIST (A PUBLIC RECORD) OF THE MUNICIPALITY WHERE THE REAL PROPERTY IS LOCATED IN THE YEAR THAT THE TRANSFER IS MADE.

(A) When Grantee is required to remit the 1% fee, complete below:

[X] Class 2 - Residential  
[ ] Class 3A - Farm property (Regular) and any other real property transferred to same grantee in conjunction with transfer of Class 3A property  
[ ] Class 4A – Commercial Properties (if checked, calculation on (C) required below)  
[ ] Class 4C - Residential Cooperative Unit (4 Families or less)

(B) When Grantee is not required to remit the 1% fee, complete below:

Property class. Circle applicable class(es): 1    4B    4C    15  
Property classes: 1-Vacant Land, 4B-Industrial properties, 4C-Apartments (other than cooperative unit), 15-Public Property  
Exempt Organization pursuant to federal Internal Revenue Code of 1986  
Incidental to corporate merger or acquisition and equalized assessed valuation less than 20% of total value of all assets exchanged in merger or acquisition (If checked, calculation in (C) below required and MUST ATTACH COMPLETED RTF-4)

(C) REQUIRED CALCULATION OF EQUALIZED ASSESSED VALUATION FOR ALL CLASS 4A COMMERCIAL PROPERTY TRANSACTIONS: (See Instructions #6 and #7 on reverse side)  
Total Assessed Valuation ÷ Director's Ratio = Equalized Valuation

$_____ + _____ % = $_____

If Director's Ratio is less than 100%, the equalized valuation will be an amount greater than the assessed valuation. If Director's Ratio is equal to or in excess of 100%, the assessed valuation will be equal to the equalized value.

(3) TOTAL EXEMPTION FROM FEE (See Instruction #8 on reverse side)  
Deponent states that this deed transaction is fully exempt from the Realty Transfer Fee imposed by C. 49, P.L. 1968, as amended through C. 66, P.L. 2004, for the following reason(s). Mere reference to exemption symbol is insufficient. Explain in detail.

(4) Deponent makes Affidavit of Consideration for Use by Buyer to induce county clerk or register of deeds to record the deed and accept the fee submitted herewith pursuant to the provisions of Chapter 49, P.L. 1968, as amended through Chapter 33, P.L. 2006.

Subscribed and sworn to before me  
this 17 day of JULY, 2008

Signature of Deponent  
Deponent Address: 1414 BOULEVARD, HASBROUCK HTS, NJ

Grantee Name: SUNG KOOK HWANG  
Grantee Address at Time of Sale: 26 TRAFALGAR RD, TENAFLY, NJ

Name/Company of Settlement Officer: WAYNE STAHLMANN, ESQ.

CHRISTINE A. LAFASO  
A NOTARY PUBLIC OF NEW JERSEY  
MY COMMISSION EXPIRES 08/24/2010

FOR OFFICIAL USE ONLY  
Instrument Number _____ County _____  
Deed Number _____ Book _____ Page _____  
Deed Dated _____ Date Recorded _____

County Recording Officers shall forward one copy of each Affidavit of Consideration for Use by Buyer recorded with deeds to:  
STATE OF NEW JERSEY- DIVISION OF TAXATION  
PO BOX 251  
TRENTON, NJ 08695-0251  
ATTENTION: REALTY TRANSFER FEE UNIT

The Director of the Division of Taxation in the Department of the Treasury has prescribed this form as required by law, and it may not be altered or amended without prior approval of the Director. For further information on the Realty Transfer Fee or to print a copy of this Affidavit, visit the Division of Taxation website at www.state.nj.us/treasury/taxation/lpt/localtax.htm

BK 09584 PG 070

**END OF DOCUMENT**

ABSTRACTED