**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>SUNG KOOK (BILL) HWANG AND PATRICK HALLIGAN,<br><br>        Defendants. | Criminal Action No. 22-240<br><br>*Document Electronically Filed*<br><br>**LOCAL RULE 1.3 AFFIDAVIT OF THOMAS R. VALEN** |

I, Thomas R. Valen, hereby declare:

1. I am an attorney with the law firm of Gibbons P.C.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.

3. As shown in the attached Certificate of Good Standing, I am a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

6. There are no pending disciplinary proceedings presently against me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  May 9, 2022

By: s/*Thomas R. Valen*
Thomas R. Valen, Esq.

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Thomas R Valen** (No. **028271994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 3rd day of May, 20 22.

*Heather J Baker*
Clerk of the Supreme Court

-453a-



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Thomas Robert Valen, Esq.*

**DATE OF ADMISSION**

*February 24, 1995*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated:  May 3, 2022

*Elizabeth Zisk*

Elizabeth E. Zisk
Chief Clerk