**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/10/22__

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SUNG KOOK (BILL) HWANG AND PATRICK HALLIGAN<br><br>    Defendants. | Criminal Action No. 22-240<br><br>*Document Electronically Filed*<br><br>**MOTION FOR ADMISSION PRO HAC VICE** |

**PURSUANT TO** Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, I, **THOMAS R. VALEN**, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Sung Kook (Bill) Hwang in the above-captioned action. I am a member in good standing of the bars of the State of New Jersey and the Commonwealth of Pennsylvania, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, disbarred or denied admission or readmission by any court.

I have attached my affidavit pursuant to Local Rule 1.3(c).

Respectfully submitted,

Dated: <u>May 9, 2022</u>  By: <u>s/*Thomas R. Valen*</u>
Thomas R. Valen, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, New Jersey 07102
Phone: (973) 596-4500
tvalen@gibbonslaw.com

*Attorneys for Defendant Sung Kook (Bill) Hwang*

The application is **GRANTED.**
So Ordered.

*/s/ Andrew J. Carter*   **5/10/22**