USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 5-18-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

   -against-                                                              22-CR-240 (ALC)

SUNG KOOK HWANG et al.,                                  **ORDER**

                Defendant.

------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

      The Status Conference scheduled for May 19, 2022 is adjourned to **3:00 p.m.**

SO ORDERED.

Dated:    New York, New York
           May 18, 2022

                                              ANDREW L. CARTER, JR.
                                              United States District Judge