UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                          :

UNITED STATES OF AMERICA
                                          :   22-CR-00240-ALC-1

    -against-                            :   <u>ORDER</u>
                                            :

Sung Kook (Bill) Hwang
                                            :

Defendant
                                            :
------------------------------------X

Katharine H. Parker, United States Magistrate Judge:

It is hereby ORDERED that the defendant's bail be modified to include surrender all travel documents in the defendant's possession and not make any new applications.


Dated: New York, New York
May 20, 2022

                                       SO ORDERED:

                                       _____
                                       Katharine H. Parker
                                       United States Magistrate Judge