3UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                                      :
                                                              :
                                                              :  **SCHEDULING ORDER**
         -against-                                            :
                                                              :  22 Cr. 240 (AKH)
                                                              :
SUNG KOOK (BILL) HWANG and                                    :
PATRICK HALLIGAN,                                             :
                                                              :
                                    Defendants.               :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

       A status conference was held to discuss discovery and scheduling in the above-captioned criminal matter.

       The government will complete all production by July 20, 2022. Defendants will thereafter declare any motions they intend to make, state the purpose, and file a stipulated briefing schedule with the government for the Court's approval at the next status conference on August 9, 2022 at 11:00 a.m., in Courtroom 14D.

       For the reasons stated on the record in court by the government, and without objection from Defendants, time is excluded, in the interest of justice, until August 9, 2022 at 11:00 a.m.

       SO ORDERED.

Dated:     June 2, 2022
             New York, New York           ALVIN K. HELLERSTEIN
                                                  United States District Judge