AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  22 Cr. 240 (AKH) |
| Sung Kook (Bill) Hwang et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States.

Date:  10/21/2022

/s/ Danielle R. Sassoon
*Attorney's signature*

Danielle Sassoon, 5178892
*Printed name and bar number*

US Attorneys Office, SDNY
1 Saint Andrew's Plaza
New York, NY 10007
*Address*

danielle.sassoon@usdoj.gov
*E-mail address*

(212) 637-1115
*Telephone number*

*FAX number*