# EXHIBIT C

| | |
|---|---|
| **From:** | Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov> |
| **Sent:** | Thursday, October 21, 2021 7:23 PM |
| **To:** | Lustberg, Lawrence S |
| **Cc:** | Valen, Thomas R.; Thomas, Andrew (USANYS); Rossmiller, Alexander (USANYS) |
| **Subject:** | Re: [EXTERNAL] RE: Your call |

That would be great, thank you.

> On Oct 21, 2021, at 7:15 PM, Lustberg, Lawrence S <LLustberg@gibbonslaw.com> wrote:
>
> Works for us – let me know if you want me to circulate a call-in Happy to do so.
>
> **LAWRENCE S. LUSTBERG** | Director
> Co-Chair, Commercial & Criminal Litigation Group
> **t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
> llustberg@gibbonslaw.com | bio
>
> Gibbons P.C. | One Gateway Center | Newark, NJ 07102-5310
> **m:** 973-596-4500 | **f:** 973-596-0545 | office | map
>
> 
>
> gibbonslaw.com | gibbonslawalert.com 
>
> **From:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>
> **Sent:** Thursday, October 21, 2021 6:32 PM
> **To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>
> **Cc:** Valen, Thomas R. <TValen@gibbonslaw.com>; Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>
> **Subject:** Re: [EXTERNAL] RE: Your call
> How about 4 pm?
> Matt
>
>> On Oct 21, 2021, at 6:27 PM, Lustberg, Lawrence S <LLustberg@gibbonslaw.com> wrote:
>>
>> Thanks so much, Matt, for your prompt response. I can be available any time tomorrow afternoon, until another meeting at 5:30 pm – whatever works for you guys. Just let me know – I can send around a call-in (or a zoom invite) if that would be helpful.
>> Larry
>>
>> **LAWRENCE S. LUSTBERG** | Director
>> Co-Chair, Commercial & Criminal Litigation Group
>> **t:** 973-596-4731 | **c:** 201-407-4765 | **f:** 973-639-6285
>> llustberg@gibbonslaw.com | bio

**Gibbons P.C.** | One Gateway Center | Newark, NJ 07102-5310
**m:** 973-596-4500 | **f:** 973-596-0545 | office | map

<image004.jpg>

gibbonslaw.com | gibbonslawalert.com

---

**From:** Podolsky, Matthew (USANYS) <Matthew.Podolsky@usdoj.gov>
**Sent:** Thursday, October 21, 2021 5:45 PM
**To:** Lustberg, Lawrence S <LLustberg@gibbonslaw.com>; Valen, Thomas R. <TValen@gibbonslaw.com>
**Cc:** Thomas, Andrew (USANYS) <Andrew.Thomas2@usdoj.gov>; Rossmiller, Alexander (USANYS) <Alexander.Rossmiller@usdoj.gov>
**Subject:** Your call

Larry and Tom,

I received your voicemail, thank you for reaching out. Would you like to set up a time to touch base tomorrow afternoon?

Many thanks,
Matt

Matthew Podolsky
Assistant United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, NY 10007
(212) 637-1947

**Disclaimer**
The contents of this message, together with any attachments, may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, printing, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please do not read this message or any attachments and please notify me immediately by reply e-mail or call Gibbons P.C. at 973-596-4500 and delete this message, along with any attachments, from your computer.