UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA             :
                                     :
                                     :     **SCHEDULING ORDER**
    -against-                        :
                                     :     22 Cr. 240 (AKH)
                                     :
SUNG KOOK (BILL) HWANG and           :
PATRICK HALLIGAN,                    :
                                     :
                        Defendants.  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

   Oral argument for the pretrial motions filed in the above-captioned criminal matter will be held on February 7, 2023 at 10:30 a.m., in Courtroom 14D.

   SO ORDERED.

Dated:  December 7, 2022
     New York, New York
               ALVIN K. HELLERSTEIN
               United States District Judge