| | |
|---|---|
| **From:** | Thomas, Andrew (USANYS) |
| **To:** | Podolsky, Matthew (USANYS); Rossmiller, Alexander (USANYS) |
| **Subject:** | Archegos: 11/17/2021 t/c Hwang's Counsel (Lustberg, Valen) |
| **Date:** | Wednesday, November 17, 2021 9:45:36 PM |

11/17/2021 t/c Hwang's Counsel (Larry Lustberg, Tom Valen)

AT, MP, AR

MP:

- Heard you on your offer to assist. Want to take you up on that.
- Assume attorney proffer first?

LL:

- Don't want to shadow box. Would be most helpful if you could give us information.

MP:

- 1. Structure at Archegos. Who does what? Who made decisions?
- 2. Relationship with banks/counter parties. What was told to them and why?
- 3. Trading strategy and investment decisions.

LL:

- Will have to figure out the timing. Client would want this done yesterday.

MP:

- Thinking mid-December.

LL:

- Video? In person?

MP:

- In person would be preferable.

LL:

- Will get back to you, probably Tuesday.