UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
                 :
UNITED STATES OF AMERICA         :
                 :
    - v. -                  :        22 Cr. 240 (AKH)
                 :
SUNG KOOK (BILL) HWANG and   :        **DECLARATION OF**
PATRICK HALLIGAN,             :        **MARGARET GARNETT**
                 :
    Defendants.      :
------------------------------------------------------- x

       I, Margaret Garnett, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Deputy United States Attorney for the Southern District of New York and have served in that capacity since November 2021. Prior to returning to the Office in 2021, I had served as an Assistant United States Attorney, including in various supervisory roles, from 2005 to 2017. In between my two terms in the Office, I served as Executive Deputy Attorney General for Criminal Justice at the New York State Attorney General's Office, and as the Commissioner of the New York City Department of Investigation.

2. I am personally familiar with the *United States v. Hwang* prosecution and the investigation that led to those charges. In the *Hwang* matter, in addition to my role as Deputy United States Attorney, I was also Acting Chief of the Criminal Division due to the recusal of the Chief of the Criminal Division. Accordingly, I had supervisory oversight of the criminal case team investigating the matter and their immediate supervisors. It was my responsibility, subject to the prerogative of the United States Attorney, to authorize any charges in this matter, to require further investigative steps prior to any charging decision, or to direct that no charges be sought.

3. On or about April 25, 2022, I participated in a presentation by counsel for Sung Kook (Bill) Hwang as part of the U.S Attorney's Office's evaluation of whether to seek criminal charges against Hwang or others. Prior to that presentation, I had not authorized the filing of charges against Hwang. During the presentation, Hwang's counsel advocated that the U.S. Attorney's Office not seek charges against Hwang. I listened to the presentation – including asking questions of counsel – with my mind open to the possibility that Hwang's counsel may persuade me that further investigation would be required prior to any charging decision, or that no charges against Hwang would be appropriate.

1

4. After Hwang's April 25, 2022 presentation, and following internal deliberations, I decided that the filings of certain charges against Hwang was appropriate and directed the case team to seek the return of an indictment.

Dated: New York, New York
January 12, 2023

                                                Margaret Garnett
                                                Deputy United States Attorney
                                                (212) 637-1591