UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                                   :

UNITED STATES OF AMERICA         :

                  - v. -                           :         22 Cr. 240 (AKH)

SUNG KOOK (BILL) HWANG and   :         **DECLARATION OF**
PATRICK HALLIGAN,                 :         **ALEX ROSSMILLER**

                Defendants.       :
------------------------------------------------------x

       I, Alex Rossmiller, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am Assistant United States Attorney and one of the federal prosecutors with responsibility for this matter.

2. On or about October 22, 2021, I participated in a telephone conversation with counsel to Sung Kook (Bill) Hwang. To the best of my memory, during that conversation one of Hwang's lawyers asked, in substance, whether it was correct to assume that Hwang was a subject of the Government's investigation. AUSA Matthew Podolsky responded, in substance, that it was fair to describe Hwang as a subject of the investigation. That was correct. At that time, and based on my understanding of DOJ's Justice Manual, it was my view that Hwang was a "subject" of the criminal investigation and that he was not a "target."

3. I participated in multiple advocacy presentations made by Hwang's legal team, including a presentation on April 25, 2022. The Deputy United States Attorney, Margaret Garnett, among others, also attended the April 25, 2022, presentation. Following that meeting, and after further internal discussion, Ms. Garnett authorized the filing of charges against Hwang.

Dated: New York, New York
         January 12, 2023

                                                                      _____
                                                                      Alex Rossmiller
                                                                      Assistant United States Attorney
                                                                      (212) 637-2415