UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :    **SCHEDULING ORDER**
      -against-                    :
                                   :    22 Cr. 240 (AKH)
                                   :
SUNG KOOK (BILL) HWANG and         :
PATRICK HALLIGAN,                  :
                                   :
                     Defendants.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Oral argument for the pretrial motions filed in the above-captioned criminal matter is adjourned from February 28, 2023 to March 21, 2023 at 2:30 p.m., in Courtroom 14D.

        SO ORDERED.

Dated:   January 31, 2023            /s/ Alvin K. Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                            United States District Judge