UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA                            :
                                                    :
                                                    :     **SCHEDULING ORDER**
    -against-                                       :
                                                    :     22 Cr. 240 (AKH)
                                                    :
SUNG KOOK (BILL) HWANG and                          :
PATRICK HALLIGAN,                                   :
                                                    :
                                          Defendants.      :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        A conflict with another trial having arisen on the part of counsel, trial in the above-captioned criminal matter is adjourned from October 10, 2023 to January 9, 2024 at 10:00 a.m., in Courtroom 14D; the Final Pretrial Conference will be held on January 3, 2024 at 2:30 p.m. Time is excluded in the interest of justice from October 10, 2023 to January 9, 2024 pursuant to 18 U.S.C. § 3161. The pending pretrial motions will be heard as previously scheduled.

        SO ORDERED.

Dated:    February 7, 2023                        /s/ Alvin K. Hellerstein
             New York, New York              ALVIN K. HELLERSTEIN
                                                             United States District Judge