AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-CR-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang.

Date:   05/09/2023

/s/ Barry H. Berke
*Attorney's signature*

Barry H. Berke (BB1421)
*Printed name and bar number*
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*Address*

bberke@kramerlevin.com
*E-mail address*

(212) 715-7560
*Telephone number*

(212) 715-7660
*FAX number*