AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-CR-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang                                                      .

Date:    05/09/2023                                         /s/ Dani R. James
                                                                                *Attorney's signature*

                                                                 Dani R. James (DJ6022)
                                                                *Printed name and bar number*
                                                        Kramer Levin Naftalis & Frankel LLP
                                                              1177 Avenue of the Americas
                                                                   New York, NY 10036

                                                                            *Address*

                                                               djames@kramerlevin.com
                                                                        *E-mail address*

                                                                      (212) 715-9363
                                                                     *Telephone number*

                                                                      (212) 715-8069
                                                                         *FAX number*