AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   22-CR-240 |
| Sung Kook (Bill) Hwang and Patrick Halligan | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Sung Kook (Bill) Hwang                                                                                    .

Date:    05/09/2023                                             /s/ Jordan Estes
                                                                          *Attorney's signature*

                                                              Jordan Estes (JE1210)
                                                              *Printed name and bar number*
                                                              Kramer Levin Naftalis & Frankel LLP
                                                              1177 Avenue of the Americas
                                                              New York, NY 10036

                                                              *Address*

                                                              jestes@kramerlevin.com
                                                              *E-mail address*

                                                              (212) 715-9132
                                                              *Telephone number*

                                                              (212) 715-8132
                                                              *FAX number*