UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                    :
                                            :
                                            :    **SCHEDULING ORDER**
         -against-                          :
                                            :    22 Cr. 240 (AKH)
                                            :
SUNG KOOK (BILL) HWANG and                  :
PATRICK HALLIGAN,                           :
                                            :
                        Defendants.         :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        Trial in the above-captioned criminal matter, by request of all parties, is adjourned from January 9, 2024 to February 20, 2024 at 10:00 a.m., in Courtroom 14D. The Final Pretrial Conference will be held on February 14, 2024 at 2:30 p.m. Time is excluded in the interest of justice from January 9, 2024 to February 20, 2024 pursuant to 18 U.S.C. § 3161.

        SO ORDERED.

Dated:    June 20, 2023                      /s/ Alvin Hellerstein
             New York, New York         ALVIN K. HELLERSTEIN
                                                    United States District Judge