UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
             :
UNITED STATES OF AMERICA,    :
             :   **ORDER**
             :
    -against-              :   22 Cr. 240 (AKH)
             :
SUNG KOOK (BILL) HWANG and PATRICK   :
HALLIGAN,
             :
        Defendants.   :
-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The Court will hear oral argument on ECF No. 79 and 80, the motion for issuance of Rule 17(c) subpoenas. The arguments will take place on November 14, 2023 at 10:30 a.m.

      SO ORDERED.

Dated:    November 9, 2023                   ___/s/ Alvin Hellerstein___
           New York, New York            ALVIN K. HELLERSTEIN
                                                         United States District Judge