# Kramer Levin



**Barry H. Berke**
Partner
T 212.715.7560
F 212.715.7660
BBerke@KRAMERLEVIN.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

December 11, 2023

**VIA ECF & EMAIL**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

The conference is adjourned and the issues will be discussed at the pre-existing pre-trial conference set for January 3, 2024 at 2:30 p.m.

SO ORDERED.

Dated: December 11, 2023          /s/ Alvin K. Hellerstein
New York, New York                United States District Judge

Re: *United States v. Hwang, et al.*, 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

On behalf of defendants Bill Hwang and Patrick Halligan, we write to update the Court regarding the negotiations over the Rule 17 subpoenas and, with the consent of the government, request an adjournment of the conference scheduled for December 12, 2023 in light of the ongoing negotiations.

The parties met with counsel for a significant number of the proposed subpoena recipients (the "Bank Counterparties") on November 21, 2023, pursuant to the Court's order. Since that meeting, the defendants have held productive conversations with many of the Bank Counterparties regarding the specific documents and materials maintained by each Bank Counterparty that are potentially responsive to the revised subpoena requests that were discussed.

December 11, 2023



      These discussions are continuing and may negate the need for further Court intervention, or narrow the disputed issues.  Accordingly, Mr. Hwang and Mr. Halligan respectfully request an adjournment of the court conference to the first week of January to allow sufficient time for these discussions to conclude.[1]  The government consents to this request.  This is the second request for an adjournment.

                                                       Respectfully submitted,

                                                       */s/ Barry H. Berke*

                                                       Barry H. Berke
                                                       Dani R. James
                                                       Jordan Estes

cc:     Mary E. Mulligan
          Timothy M. Haggerty
          Anil K. Vassanji

cc:     Matthew D. Podolsky
          Alexandra N. Rothman
          Samuel P. Rothschild
          Andrew M. Thomas

---

[1] The parties prefer January 4, if that date is convenient for the Court.