UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>SUNG KOOK (BILL) HWANG AND PATRICK HALLIGAN,<br><br>Defendants. | Case No. 1:22-cr-0240 (AKH)<br><br>*Document electronically filed* |

### NOTICE OF WITHDRAWAL AS COUNSEL AND BE REMOVED FROM CM-ECF NOTIFICATION

**PLEASE TAKE NOTICE** that the undersigned hereby withdraws his appearance as counsel for Defendant Sung Kook ("Bill") Hwang, in the above-referenced action and requests that his name be removed from any service list, including any list for ECF notification, maintained by the Clerk of the Court and the parties.

**PLEASE TAKE NOTICE** that Defendant Sung Kook ("Bill") Hwang, will continue to be represented by Lawrence S. Lustberg, Thomas R. Valen, Jeffery Lance Nagel, Kevin Reed Reich, Andrew James Marino and Christina LaBruno of Gibbons P.C and Barry H. Berke, Dani R. James, Jordan Lancaster Estes and Shaked Sivan of Kramer Levin Naftalis & Frankel LLP .

Dated: December 19, 2023
      New York, New York

*s/ Paul Anthony Saso, Esq.*
Paul Anthony Saso, Esq.
**GIBBONS P.C.**
One Pennsylvania Plaza
Suite 4515
New York, NY 10119
(212) 613-2000
*Attorneys for Defendant*
*Sung Kook ("Bill") Hwang*