UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                  :

UNITED STATES OF AMERICA,       :

                                                  :   **<u>ORDER</u>**

                                                  :

        -against-                        :   22 Cr. 240 (AKH)

                                                  :

SUNG KOOK (BILL) HWANG and PATRICK   :
HALLIGAN,

                                                  :

                     Defendants.       :

                                                  :
-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

       The final pre-trial conference previously scheduled for February 14, 2024 is rescheduled to February 7, 2024 at 11:00 a.m. due to a conflict.

              SO ORDERED.

Dated:     January 5, 2024                         ___/s/ Alvin Hellerstein___
             New York, New York                ALVIN K. HELLERSTEIN
                                                   United States District Judge