**Bloomberg**

Bloomberg L.P.　731 Lexington Ave　Tel +1 212 318 2000
　　　　　　　　　New York, NY 10022　bloomberg.com

**FOIA CONFIDENTIAL TREATMENT REQUESTED
PURSUANT TO 5 USC § 552**

November 23, 2021

Assistant U.S. Attorney Matthew Podolsky
United States Attorney's Office for the
　Southern District of New York
One St. Andrew's Plaza
New York, NY 10007

Re:　*In the Matter of Search Warrant - 21 MAG 9335 (S.D.N.Y.)*

Dear AUSA Podolsky:

I represent Bloomberg L.P. ("Bloomberg") in connection with the search warrant dated September 27, 2021, served on Bloomberg in the above-referenced matter (the "Search Warrant"). You have separately been provided access to a secure FTP site containing a second spreadsheet responsive to item II(b) of the Search Warrant. The spreadsheet has been marked "FOIA CONFIDENTIAL TREATMENT REQUESTED."

On Bloomberg's behalf, I hereby request that the Department of Justice accord confidential treatment under the Freedom of Information Act ("FOIA") to this letter and the materials produced herewith. I also request that this letter and the accompanying materials not be disclosed pursuant to a request under FOIA or any other request. If any request for disclosure is made (pursuant to FOIA, by subpoena, or otherwise), I ask that you promptly notify me and that I be furnished with a copy of all written materials pertaining to such request (including the request itself and any Department of Justice determination), and that Bloomberg be afforded an opportunity to submit objections to such request before any disclosure is made. This letter also memorializes the confirming statement made in your email to me dated October 20, 2021, that, in the event of a criminal prosecution, the government would not make any disclosure of the produced information other than as pursuant to a standard protective order that limits dissemination of the material to the defense team and requires the return or destruction of the material at the end of the case.

BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKETS, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of Bloomberg Finance L.P., a Delaware limited partnership, or its subsidiaries. The BLOOMBERG PROFESSIONAL service (the "BPS") is owned and distributed locally by Bloomberg Finance L.P. (BFLP) and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for these products and distributes the BPS either directly or through a non-BFLP subsidiary in the BLP Countries.

Finally, I also ask that you return any materials accompanying this letter to me upon completion of your investigation.

Sincerely,

Steven M. Haber

SDNY_P022_0000000002