**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 5, 2024

**VIA USAFX**

Barry H. Berke, Esq.                              Mary E. Mulligan, Esq.
Dani R. James, Esq.                               Timothy M. Haggerty, Esq.
Jordan Estes, Esq.                                Friedman Kaplan Seiler & Adelman LLP
Kramer Levin Naftalis & Frankel LLP               7 Times Square
1177 Avenue of the Americas                       New York, NY 10036
New York, NY 10036

> Re:  *United States v. Bill Hwang et al.,*
>      **22 Cr. 240 (AKH)**

Dear Counsel:

As previewed during today's call, we write to provide additional discovery pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure. The discovery materials provided herein are designated as Protected Information subject to the terms of the protective order entered in this matter.

The following materials are now available by USAFx:

| Bates Range | Description |
|---|---|
| SDNY_P022_0000000001-0000000004 | EMSX trade and trade metadata files produced by Bloomberg in response to search warrant 21 Mag. 9335 |
| SDNY_P022_0000000005-0000000207 | Individual ticker files derived from SDNY_P022_0000000003, prepared by Government vendor |

Very truly yours,

DAMIAN WILLIAMS
United States Attorney

by: _____
Alexandra Rothman
Samuel P. Rothschild
Matthew Podolsky
Andrew Thomas
Assistant United States Attorneys
(212) 637-2580/-2504/-1947/-2106