UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,              :
:  **ORDER**
:
-against-                              :  22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK     :
HALLIGAN,                              :
:
Defendants.           :
:
------------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

     In light of the Defendants' motion to exclude and compel Rule 16 discovery (ECF No. 112), the parties shall appear before the Court on January 16, 2024 at 2:30 p.m. to discuss the recently disclosed trading data. The Government shall submit its opposition to the Defense's motion by this Friday, January 12, 2024.

     SO ORDERED.

Dated:   January 8, 2024                       /s/ Alvin Hellerstein
             New York, New York             ALVIN K. HELLERSTEIN
                                                 United States District Judge