UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

       -against-

SUNG KOOK (BILL) HWANG and PATRICK HALLIGAN,

                       Defendants.

-----------------------------------------------------------------

**ORDER**

22 Cr. 240 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

The pre-trial and trial schedules are amended as follows:

- The Government's supplement to its expert filing is due by January 24, 2024.
    - The Defendants may submit questions regarding this supplement to the Government by January 30, 2024. The Government must respond to those questions by February 5, 2024.
- The Defendants' supplement to their expert filings is due by February 14, 2024.
- The final pre-trial conference will be held on February 21, 2024, at which point all motions *in limine* will be handled.
- The trial will begin on February 27, 2024.

The Defendants' motion to exclude is denied. The Clerk shall terminate ECF No. 110 and 112.

SO ORDERED.

Dated: January 16, 2024
New York, New York

       ___/s/ Alvin K. Hellerstein___
       ALVIN K. HELLERSTEIN
       United States District Judge