

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Sung Kook (Bill) Hwang, et al.*, S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

    The Government respectfully writes to supplement its prior letter regarding the filing of the Superseding Indictment in this case. The Government has conferred with counsel for both defendants, and the parties all consent to exclusion of time from calculation under the Speedy Trial Act until the beginning of trial, as well as to deferring arraignment on the Superseding Indictment until the next pretrial conference.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By: _s/_____
    Matthew Podolsky
    Alexandra Rothman
    Samuel P. Rothschild
    Andrew Thomas
    Assistant United States Attorneys
    Tel.: (212) 637-1947/-2580/-2504/-2106

Cc: Counsel of Record (via ECF)