UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,                                           :
:  **ORDER**
:
-against-                                                           :  22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK                                  :
HALLIGAN,                                                           :
:
Defendants.                                       :
:
-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

    Defendants' motion for a jury questionnaire (ECF No. 129) is denied. Instead, voir dire will occur in normal course beginning May 8, 2024.

    The Clerk of Court shall terminate ECF No. 129.

    SO ORDERED.

Dated:    January 24, 2024        /s/ Alvin K. Hellerstein
           New York, New York     ALVIN K. HELLERSTEIN
                                            United States District Judge