UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                    :
UNITED STATES OF AMERICA,            :
                                                    :        **SCHEDULING ORDER**
                                                      :
           -against-                        :        22 Cr. 240 (AKH)
                                                      :
                                                      :
SUNG KOOK (BILL) HWANG and PATRICK     :
HALLIGAN,
                                                      :
                                        Defendants.     :
                                                      :
---------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The final pre-trial conference set for April 16, 2024, at 2:30 p.m. will now be held on April 15, 2024, at 12:00 p.m. due to a scheduling conflict.

             SO ORDERED.

| | | |
|---|---|---|
| Dated: | February 20, 2024<br>New York, New York | ___/s/ Alvin K. Hellerstein___<br>ALVIN K. HELLERSTEIN<br>United States District Judge |