UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                   :
UNITED STATES OF AMERICA,                  :
                                                   :     **ORDER REGULATING PROCEEDINGS**
                                                   :
         -against-                               :     22 Cr. 240 (AKH)
                                                   :
                                                   :
SUNG KOOK (BILL) HWANG and PATRICK   :
HALLIGAN,
                                                   :
                                Defendants.     :
                                                   :
-------------------------------------------------------------------

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties will attend a conference on March 13, 2024, at 11:30 a.m. to discuss the status of the defendants' Rule 17(c) proceedings and whether they are of use or consequence in this case.

      SO ORDERED.

Dated:      March 4, 2024                     /s/ Alvin K. Hellerstein
               New York, New York           ALVIN K. HELLERSTEIN
                                               United States District Judge