UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
:
UNITED STATES OF AMERICA,  :
: **SCHEDULING ORDER**
:
-against-  : 22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK :
HALLIGAN,
:
Defendants. :
:
------------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

The conference originally set for March 13 at 11:30 a.m. is now rescheduled to March 20 at 9:30 a.m.

SO ORDERED.

Dated:  March 6, 2024      /s/ Alvin K. Hellerstein
New York, New York      ALVIN K. HELLERSTEIN
United States District Judge