# Exhibit D

| Bates Begin | Bates End | Family ID | Date/Time | From | To | Message |
|---|---|---|---|---|---|---|
| IMSGJCHUANG00089966 | CHUANG_0243989 | IMSGJCHUANG00053505 | 3/24/2021 15:14 | '+16469576253 | '+16469576253;Me | Bill was giving the traders so much credit too. They didn't know jack. They were manipulating the market |
| IMSGJCHUANG00147770 | CHUANG_0279869 | IMSGJCHUANG00123408 | 3/24/2021 15:14 | '+19176893177 | '+16469576253;+19176893177;Me | You think? |
| IMSGJCHUANG00089967 | CHUANG_0243990 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | Me | '+16469576253;Me | It's easy to keep buying |
| IMSGJCHUANG00089968 | CHUANG_0243991 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | Me | '+16469576253;Me | Now they don't know what to say |
| IMSGJCHUANG00089969 | CHUANG_0243992 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | '+16469576253 | '+16469576253;Me | We wasted so many bullets in the $90-100 range |
| IMSGJCHUANG00089970 | CHUANG_0243993 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | '+16469576253 | '+16469576253;Me | Fighting for ticks |
| IMSGJCHUANG00089971 | CHUANG_0243994 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | '+16469576253 | '+16469576253;Me | It's craY |
| IMSGJCHUANG00089972 | CHUANG_0243995 | IMSGJCHUANG00053505 | 3/24/2021 15:15 | Me | '+16469576253;Me | Crazy |
| IMSGJCHUANG00147771 | CHUANG_0279870 | IMSGJCHUANG00123408 | 3/24/2021 15:15 | Me | '+16469576253;+19176893177;Me | I think so |
| IMSGJCHUANG00147772 | CHUANG_0279871 | IMSGJCHUANG00123408 | 3/24/2021 15:15 | Me | '+16469576253;+19176893177;Me | Cause this is extreme moves |
| IMSGJCHUANG00147773 | CHUANG_0279872 | IMSGJCHUANG00123408 | 3/24/2021 15:16 | '+16469576253 | '+16469576253;+19176893177;Me | Everyone is going to say why are foxa and dis hardly down |
| IMSGJCHUANG00147774 | CHUANG_0279873 | IMSGJCHUANG00123408 | 3/24/2021 15:16 | '+16469576253 | '+16469576253;+19176893177;Me | But Viacom and disca down big |
| IMSGJCHUANG00147775 | CHUANG_0279874 | IMSGJCHUANG00123408 | 3/24/2021 15:16 | Me | '+16469576253;+19176893177;Me | And China |
| IMSGJCHUANG00147776 | CHUANG_0279875 | IMSGJCHUANG00123408 | 3/24/2021 15:16 | '+16469576253 | '+16469576253;+19176893177;Me | We were literally the market |
| IMSGJCHUANG00147777 | CHUANG_0279876 | IMSGJCHUANG00123408 | 3/24/2021 15:16 | Me | '+16469576253;+19176893177;Me | If every stock takes 10% off performance |
| IMSGJCHUANG00147778 | CHUANG_0279877 | IMSGJCHUANG00123408 | 3/24/2021 15:17 | Me | '+16469576253;+19176893177;Me | It's looking like 40-50% down |
| IMSGJCHUANG00147779 | CHUANG_0279878 | IMSGJCHUANG00123408 | 3/24/2021 15:17 | '+16469576253 | '+16469576253;+19176893177;Me | We manipulated the stock price |
| IMSGJCHUANG00147780 | CHUANG_0279879 | IMSGJCHUANG00123408 | 3/24/2021 15:19 | '+19176893177 | '+16469576253;+19176893177;Me | Did we sell |
| IMSGJCHUANG00147781 | CHUANG_0279880 | IMSGJCHUANG00123408 | 3/24/2021 15:20 | '+16469576253 | '+16469576253;+19176893177;Me | Today? I bet we were forced to sell something |
| IMSGJCHUANG00147782 | CHUANG_0279881 | IMSGJCHUANG00123408 | 3/24/2021 15:26 | '+16469576253 | '+16469576253;+19176893177;Me | And Viacom is now 17x 2023 PE. Not super cheap |
| IMSGJCHUANG00089973 | CHUANG_0243996 | IMSGJCHUANG00053505 | 3/24/2021 15:41 | '+16469576253 | '+16469576253;Me | I'm so mad |
| IMSGJCHUANG00089974 | CHUANG_0243997 | IMSGJCHUANG00053505 | 3/24/2021 15:41 | '+16469576253 | '+16469576253;Me | I should've left two weeks ago |
| IMSGJCHUANG00089975 | CHUANG_0243998 | IMSGJCHUANG00053505 | 3/24/2021 15:41 | Me | '+16469576253;Me | Me too |
| IMSGJCHUANG00089976 | CHUANG_0243999 | IMSGJCHUANG00053505 | 3/24/2021 15:41 | '+16469576253 | '+16469576253;Me | I thought they were going to tell me to leave when I said I was moving |
| IMSGJCHUANG00089977 | CHUANG_0244000 | IMSGJCHUANG00053505 | 3/24/2021 15:41 | '+16469576253 | '+16469576253;Me | Would've cashed out last week |
| IMSGJCHUANG00089978 | CHUANG_0244001 | IMSGJCHUANG00053505 | 3/24/2021 15:43 | Me | '+16469576253;Me | This is insane |
| IMSGJCHUANG00089979 | CHUANG_0244002 | IMSGJCHUANG00053505 | 3/24/2021 15:43 | Me | '+16469576253;Me | So much value destruction |
| IMSGJCHUANG00089980 | CHUANG_0244003 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | Me | '+16469576253;Me | Meanwhile David eun and all these guys were trying to brag |
| IMSGJCHUANG00089981 | CHUANG_0244004 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | Me | '+16469576253;Me | How well our deferred has done |
| IMSGJCHUANG00089982 | CHUANG_0244005 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | Me | '+16469576253;Me | That only started to put us closer to what we should've been paid |
| IMSGJCHUANG00089983 | CHUANG_0244006 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | '+16469576253 | '+16469576253;Me | Yeah |
| IMSGJCHUANG00089984 | CHUANG_0244007 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | '+16469576253 | '+16469576253;Me | Up in smoke in two days |
| IMSGJCHUANG00089985 | CHUANG_0244008 | IMSGJCHUANG00053505 | 3/24/2021 15:44 | '+16469576253 | '+16469576253;Me | Bill is the only investor who can lose it all in a matter of days |

GOVERNMENT EXHIBIT 2946
22 Cr. 240 (AKH)