# Exhibit E

| Bates | Doc | Family | Date/Time | From | To | Message |
|---|---|---|---|---|---|---|
| IMSGJCHUANG00081494 | CHUANG_0235498 | IMSGJCHUANG00053505 | 10/19/2020 16:32 | Me | '+16469576253;Me | Full steam ahead with our portfolio |
| IMSGJCHUANG00081495 | CHUANG_0235499 | IMSGJCHUANG00053505 | 10/19/2020 16:35 | '+16469576253 | '+16469576253;Me | Yup. We tried to defend GSX |
| IMSGJCHUANG00081496 | CHUANG_0235500 | IMSGJCHUANG00053505 | 10/19/2020 16:35 | Me | '+16469576253;Me | We tried to defend a lot |
| IMSGJCHUANG00081497 | CHUANG_0235501 | IMSGJCHUANG00053505 | 10/19/2020 16:35 | Me | '+16469576253;Me | But only so much we can do |
| IMSGJCHUANG00081498 | CHUANG_0235502 | IMSGJCHUANG00053505 | 10/19/2020 16:36 | Me | '+16469576253;Me | I don't know why he doesn't defend them recover his bullets once we're in the clear |
| IMSGJCHUANG00081499 | CHUANG_0235503 | IMSGJCHUANG00053505 | 10/19/2020 16:36 | '+16469576253 | '+16469576253;Me | I know |
| IMSGJCHUANG00081500 | CHUANG_0235504 | IMSGJCHUANG00053505 | 10/19/2020 16:36 | '+16469576253 | '+16469576253;Me | He'd say it's short term but defending a stock is also very short term |
| IMSGJCHUANG00081501 | CHUANG_0235505 | IMSGJCHUANG00053505 | 10/19/2020 16:37 | Me | '+16469576253;Me | Extremely short term |
| IMSGJCHUANG00081502 | CHUANG_0235506 | IMSGJCHUANG00053505 | 10/19/2020 16:37 | Me | '+16469576253;Me | He's literally watching every tick |
| IMSGJCHUANG00081503 | CHUANG_0235507 | IMSGJCHUANG00053505 | 10/19/2020 16:37 | '+16469576253 | '+16469576253;Me | That's insane |
| IMSGJCHUANG00081504 | CHUANG_0235508 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | '+16469576253 | '+16469576253;Me | Is that what he's doing all day? |
| IMSGJCHUANG00081505 | CHUANG_0235509 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | Yup |
| IMSGJCHUANG00081506 | CHUANG_0235510 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | Him, Dave and felicity |
| IMSGJCHUANG00081507 | CHUANG_0235511 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | At least they're eating well |
| IMSGJCHUANG00081508 | CHUANG_0235512 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | They ordered Indian accent today |
| IMSGJCHUANG00081509 | CHUANG_0235513 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | Chef's table is usually once a week |
| IMSGJCHUANG00081510 | CHUANG_0235514 | IMSGJCHUANG00053505 | 10/19/2020 16:38 | Me | '+16469576253;Me | Marea |
| IMSGJCHUANG00081511 | CHUANG_0235515 | IMSGJCHUANG00053505 | 10/19/2020 16:39 | '+16469576253 | '+16469576253;Me | Haha |
| IMSGJCHUANG00081512 | CHUANG_0235516 | IMSGJCHUANG00053505 | 10/19/2020 16:39 | '+16469576253 | '+16469576253;Me | Their job is to not say anything stupid |
| IMSGJCHUANG00081513 | CHUANG_0235517 | IMSGJCHUANG00053505 | 10/19/2020 16:40 | Me | '+16469576253;Me | Haha I literally see them do the same thing every day |
| IMSGJCHUANG00081514 | CHUANG_0235518 | IMSGJCHUANG00053505 | 10/19/2020 16:40 | Me | '+16469576253;Me | Print out reports |
| IMSGJCHUANG00081515 | CHUANG_0235519 | IMSGJCHUANG00053505 | 10/19/2020 16:40 | Me | '+16469576253;Me | Get the ice cream |
| IMSGJCHUANG00081516 | CHUANG_0235520 | IMSGJCHUANG00053505 | 10/19/2020 16:40 | Me | '+16469576253;Me | Clean up |
| IMSGJCHUANG00081517 | CHUANG_0235521 | IMSGJCHUANG00053505 | 10/19/2020 16:40 | Me | '+16469576253;Me | And then sit there and watch the screen with him |
| IMSGJCHUANG00081518 | CHUANG_0235522 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | '+16469576253 | '+16469576253;Me | Is it a big screen? |
| IMSGJCHUANG00081519 | CHUANG_0235523 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | Me | '+16469576253;Me | He beams it onto his TV |
| IMSGJCHUANG00081520 | CHUANG_0235524 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | '+16469576253 | '+16469576253;Me | Scary process |
| IMSGJCHUANG00081521 | CHUANG_0235525 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | '+16469576253 | '+16469576253;Me | Does Andy not go in much? |
| IMSGJCHUANG00081522 | CHUANG_0235526 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | Me | '+16469576253;Me | Nope |
| IMSGJCHUANG00081523 | CHUANG_0235527 | IMSGJCHUANG00053505 | 10/19/2020 16:41 | Me | '+16469576253;Me | Don't think so |

GOVERNMENT EXHIBIT 2918
22 Cr. 240 (AKH)