# Exhibit F

| Bates Begin | Bates End | Parent Bates | Date/Time | From | Participants | Message |
|---|---|---|---|---|---|---|
| IMSGJCHUANG00130617 | CHUANG_0262485 | IMSGJCHUANG00123408 | 8/12/2020 17:54 | '+16469576253 | '+16469576253;+19176893177;Me | I wonder if our $11mm gsx purchase was all it took to move it up |
| IMSGJCHUANG00130618 | CHUANG_0262486 | IMSGJCHUANG00123408 | 8/12/2020 17:55 | '+16469576253 | '+16469576253;+19176893177;Me | This seems like the old swashbuckling days of 1920s trading where a few guys manipulate the stock |
| IMSGJCHUANG00130619 | CHUANG_0262487 | IMSGJCHUANG00123408 | 8/12/2020 17:56 | Me | '+16469576253;+19176893177;Me | Volume isn't big |
| IMSGJCHUANG00130620 | CHUANG_0262488 | IMSGJCHUANG00123408 | 8/12/2020 17:56 | Me | '+16469576253;+19176893177;Me | So I think it's enough to scare shorts out |
| IMSGJCHUANG00130621 | CHUANG_0262489 | IMSGJCHUANG00123408 | 8/12/2020 17:56 | '+16469576253 | '+16469576253;+19176893177;Me | That's why I thought he'd save dry powder for the big days. Like buying $100mm one day last week. We could spread it out |

GOVERNMENT
EXHIBIT
2915
22 Cr. 240 (AKH)