# Exhibit H

**From:**

**Sent:**     Monday, June 22 2020 6:51:45 AM

**To:**       SCOTT BECKER (|ARCHEGOS CAPITAL MAN\sbecker@archegoscapital.com); BARIMA
              OSEI (|ARCHEGOS CAPITAL MAN\bosei@archegoscapital.com); DAVID HOHLMAN
              (|ARCHEGOS CAPITAL MAN\DHOHLMAN@ARCHEGOSCAPITAL.COM); JESSE
              MARTZ (|ARCHEGOS CAPITAL MAN\jmartz@archegoscapital.com)

**Subject:**  IB Conversation, 4 participants, Yo yo...

<div style="border:2px solid black; background:#f5c518; text-align:center; font-weight:bold; width:200px;">
GOVERNMENT<br>
EXHIBIT<br>
3070<br>
22 Cr. 240 (AKH)
</div>

Conversation start time: 06/22/2020 10:51:45 UTC

Conversation end time: 06/23/2020 01:46:09 UTC

Number of Participants: 4

Participants:
SCOTT BECKER (SBECKER15@Bloomberg.net)
BARIMA OSEI (BOSEI1@Bloomberg.net)
DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net)
JESSE MARTZ (JMARTZ4@Bloomberg.net)

Room Type: Persistent
Room ID: PCHAT-0x100000271FA4F

06/22/2020 10:51:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 10:51:53 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) exited

06/22/2020 10:51:59 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 11:35:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) entered

06/22/2020 11:35:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yo yo

06/22/2020 11:35:53 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Morning man

06/22/2020 11:38:03 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Turns out
tomorrow morning I have to do this thing with cristina

06/22/2020 11:38:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Not today

06/22/2020 11:38:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So I gotta email
pat asking to move the zoom meeting again lol

06/22/2020 11:38:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And put it on the
calendar

06/22/2020 11:39:01 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh Okay, tomorrow Im
gotta Dr. Appt at 3:30

06/22/2020 11:39:14 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So will be gone for the eod, whens the thing with Christina

06/22/2020 11:39:28 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I should be back by noonish

06/22/2020 11:39:32 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I think

06/22/2020 11:39:33 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Okay sweetr

06/22/2020 11:39:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So maybe I'll see if pat can do our zoom at 1pm

06/22/2020 11:39:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah that works

06/22/2020 11:50:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) entered

06/22/2020 11:50:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) viewed history from 06/22/2020 04:00:00 UTC to 06/22/2020 11:50:01 UTC

06/22/2020 11:51:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Morning boys

06/22/2020 11:51:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Sup dude

06/22/2020 11:51:41 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Morning man how goes it

06/22/2020 11:52:04 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Living the Monday morning life!

06/22/2020 11:53:13 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Going to start the week off with a bang for the ol man I see! Hehe.

06/22/2020 11:53:39 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: lol

06/22/2020 12:03:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: UPDATE THE CALENDAR!

06/22/2020 12:03:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: lol

06/22/2020 12:04:05 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Heyguys tell me what you see for MUFG margin please

06/22/2020 12:04:18 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm seeing us on call

06/22/2020 12:04:26 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: kk

06/22/2020 12:04:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: thanks

06/22/2020 12:05:14 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: 42,194,456

06/22/2020 12:05:16 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: excesss

06/22/2020 12:05:19 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: That's what I see

06/22/2020 12:07:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I agree w jesse

06/22/2020 12:07:21 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Remember we don't have to go through all that hoopla now. Check out the email from them at 320

06/22/2020 12:07:46 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Just like jefferies: A39-AP28-AQ28=

06/22/2020 12:12:34 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok on Jeff we start with cash and subtract lockup margin amount and exposure sys ccy colums

06/22/2020 12:12:37 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: columns

06/22/2020 12:13:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: MUFG'S lockup margin amount in the excel file is zero

06/22/2020 12:13:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: But I see what you're saying

06/22/2020 12:13:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And got it

06/22/2020 12:13:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just threw me off

06/22/2020 12:14:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Their column headers are retarded. I'm pretty sure we are their only client.

06/22/2020 12:14:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: word

06/22/2020 12:14:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: AP is the MTM and AQ is the inititial margin

06/22/2020 12:14:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I got cash at $4.5m less than estimate

06/22/2020 12:15:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just saved

06/22/2020 12:16:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I'll take a look, maybe just plug 2 so we are 2 under to avoid any nonsense

06/22/2020 12:16:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

06/22/2020 12:16:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: As far as checklist today

06/22/2020 12:17:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm gonna get started on tax soon

06/22/2020 12:17:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I thought I could send the cash update, wires, excess, collateral transfers

06/22/2020 12:17:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: $$ can do intraday

06/22/2020 12:17:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I got weekly margin

06/22/2020 12:17:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: sweet

06/22/2020 12:17:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: You sure scott I can do intraday and margin

06/22/2020 12:17:56 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: If you got stuff to do

06/22/2020 12:17:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I put that in the checklist as a suggestion

06/22/2020 12:18:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: But if you don't have time we can figure it out

06/22/2020 12:18:26 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Nah I can run with it, I started already but thank you

06/22/2020 12:18:41 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Okay sweet, I can pick it up at any point if it gets hectic

06/22/2020 12:18:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So just keep me posted

06/22/2020 12:18:56 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Nice thank you. Fingers crossed, double barrel!

06/22/2020 12:19:06 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol no prob

06/22/2020 12:19:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Haha double barrel haven't heard that in awhile

06/22/2020 12:20:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: He was the original double nickname

06/22/2020 12:20:35 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: There was a double pre-me?

06/22/2020 12:20:40 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: haha

06/22/2020 12:20:40 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Man I got a lot to learn still

06/22/2020 12:21:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: He didn't know it was his nicknae

06/22/2020 12:21:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Nickname*

06/22/2020 12:21:12 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: LOL

BBG00007507
SDNY_SWR_0000004090

06/22/2020 12:21:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It was ryan k

06/22/2020 12:21:17 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol

06/22/2020 12:21:22 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I like it

06/22/2020 12:21:32 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: He's not fingers crossed double barreling any more.

06/22/2020 12:21:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Haha nope

06/22/2020 12:22:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Robert frank back at it

06/22/2020 12:22:27 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: He's been on hiatus

06/22/2020 12:23:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Wonder if he had the rona. Been a few people on hiatus for weeks at a time and then when they get back there's been some awkward remarks from guests about hoping that the person is feeling better.

06/22/2020 12:23:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: ah

06/22/2020 12:23:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Could be

06/22/2020 12:24:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Or maybe they thought it was insensitive to report on the social lives of the rich and famous when we have 20% unemployment?

06/22/2020 12:25:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I hope that you guys were able to be human being this weekend from that DP email!

06/22/2020 12:25:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah I kind feel like that given stuff goin on they didn't feel like the high end real estate stories were a good play

06/22/2020 12:26:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yes I followed her guidelines

06/22/2020 12:26:04 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: lol

06/22/2020 12:26:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: "wake up in the morning, acknowledge your children if you have them, and here are 17 streaming services that are offering free trials"

06/22/2020 12:26:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I plugged $2m to DB for cash

06/22/2020 12:26:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So we're lower by $2.5 from cash est

06/22/2020 12:27:13 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: cool

06/22/2020 12:30:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: $$ you got the

8:45 premarket cash est?

06/22/2020 12:33:23 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Usually whose on cash does that

06/22/2020 12:33:40 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Intraday I do the 10am

06/22/2020 12:33:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok cool

06/22/2020 12:33:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Unless you want me to do do it?

06/22/2020 12:34:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Forgive me if I don't go thru setting up the cash intraday sheets and all for that

06/22/2020 12:34:20 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah we never do for the 845

06/22/2020 12:34:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm just gonna send it old fash

06/22/2020 12:34:28 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Its just for the 10am

06/22/2020 12:34:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: AINT NOTHING WRONG WITH OLD FASH!

06/22/2020 12:34:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I happen to enjoy them sometimes!

06/22/2020 12:34:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Oh I thought BKO did

06/22/2020 12:34:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Maybe I'm wrong

06/22/2020 12:34:51 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: sorry

06/22/2020 12:35:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Nah all good, yeah usually the sheets get rolled after

06/22/2020 12:35:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I think BKO might do that for the 845

06/22/2020 12:35:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: No school like the old school

06/22/2020 12:35:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I think when he first started he may have but he doesn't do that anymore

06/22/2020 12:38:27 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Aaaah I see what's going on w cash DH

06/22/2020 12:38:32 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: UBS

06/22/2020 12:38:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: What'd I do

06/22/2020 12:38:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I was using the lower of the twho

06/22/2020 12:38:53 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I guess that's wrong lol

06/22/2020 12:38:59 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: There is all weird.

06/22/2020 12:39:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Seems like I am saying that about every broker today

06/22/2020 12:39:15 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: lol

06/22/2020 12:39:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: ha

06/22/2020 12:39:29 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: So for every other PB is basically lower of house and reg

06/22/2020 12:39:45 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: With these guys its 2 entities

06/22/2020 12:40:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: So its PM excess + house excess.

06/22/2020 12:40:23 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: And the cash available, which isn't actually "cash available" is the lower of the 2

06/22/2020 12:40:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So we really have $24m

06/22/2020 12:40:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: So if we really wanted to we could wire out 24m

06/22/2020 12:41:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: smfh

06/22/2020 12:41:11 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Let me call jimmy now

06/22/2020 12:41:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: We've been talking baout this too long

06/22/2020 12:41:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: For 845 cash est, proceed as planned

06/22/2020 12:41:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Let's just say cash is 1m lower

06/22/2020 12:41:34 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Even better

06/22/2020 12:41:34 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: For cash est

06/22/2020 12:41:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And if we have a cushion that's gravy

06/22/2020 12:41:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Can you loop me in on the call with jim bone

06/22/2020 12:42:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sweet yeah

06/22/2020 12:42:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'd be interested to hear it from the donkeys mouth

06/22/2020 12:46:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: brb

06/22/2020 12:47:01 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: cool

06/22/2020 12:50:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Sorry missed your call Scott

06/22/2020 12:51:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: All good to just fill us in on Jimmys talk

06/22/2020 12:52:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: You guys cool if ask Pat to push the meeting to 1:30pm tomorrow

06/22/2020 12:52:49 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah works for me

06/22/2020 13:00:40 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That works for me too, worth checking with pyi?

06/22/2020 13:00:53 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I just got off w jimmy if you want to jump on zoom

06/22/2020 13:01:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah sent yi an email to ask

06/22/2020 13:01:30 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And I can hop on zoom in a sec

06/22/2020 13:01:33 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: cool

06/22/2020 13:01:36 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah same

06/22/2020 13:01:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Thanks

06/22/2020 13:01:42 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: He'll respond in 4 hours!

06/22/2020 13:01:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Haha!

06/22/2020 13:02:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I asked for the

personal accounts for cash in the email as soon as he can too

06/22/2020 13:02:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hoping that would spur him on

06/22/2020 13:02:39 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: F'ing guy. We should just tell him to send that on fridays after he sends to sterling

06/22/2020 13:02:51 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Who highlights, sends to jensen, who sends to bill :-)

06/22/2020 13:04:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 13:20:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Be back in one sec, as predicted I got off zoom and my phone rang. It was pat. :-)

06/22/2020 13:20:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: ha

06/22/2020 13:20:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: No need to change anything on the tax reports. Tesla is fully closed and won't show up anywhere on the reports today.

06/22/2020 13:20:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: word

06/22/2020 13:26:42 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Shame on you jesse!

06/22/2020 13:26:49 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I'm back on zoom whenever you guys are ready

06/22/2020 13:28:50 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Disregard, now there is a back and forth

06/22/2020 13:28:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 13:29:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: There's no rush

06/22/2020 13:41:16 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Ok good now!

06/22/2020 13:48:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Got another call from jimmy. hehehehehe

06/22/2020 13:49:37 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 13:52:24 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Ready on zoom when you are DH

06/22/2020 13:52:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool hoping on now

06/22/2020 14:03:08 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Leighs just hopping on a virtual class - im here just staying dark

06/22/2020 14:03:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: All good

06/22/2020 14:03:19 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Dark mode.

06/22/2020 14:03:23 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Stealth!

06/22/2020 14:03:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cristina just got a call from the kids doctor on something so had to mute

06/22/2020 14:03:36 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: cool

06/22/2020 14:03:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Followed by a work conference call she has at 10

06/22/2020 14:03:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: smh

06/22/2020 14:03:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Never a dull momment

06/22/2020 14:03:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I have a telehealth at 1245 to find out if I test positive for covid antibodies.

06/22/2020 14:03:59 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: moment

06/22/2020 14:04:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Hammer!

06/22/2020 14:06:24 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 14:06:24 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 06/21/2020 14:06:24 UTC to 06/22/2020 14:06:24 UTC

06/22/2020 14:06:43 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 06/22/2020 04:00:00 UTC to 06/22/2020 14:06:43 UTC

06/22/2020 14:10:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 14:10:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 06/21/2020 14:10:45 UTC to 06/22/2020 14:10:45 UTC

06/22/2020 14:23:29 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Scott im back on zoom

06/22/2020 15:01:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Tried to make that Pat email as soft as possible lol

06/22/2020 15:02:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Lol!

06/22/2020 15:09:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So much for not worrying about adding TSLA to the tax reports lol

06/22/2020 15:09:44 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah he surprised me on that one.

06/22/2020 15:10:04 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I feel like pat's

strategy makes no sense

06/22/2020 15:10:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: To avoid any questions, perhaps don't even add the new tsla short--- just adjust the realized

06/22/2020 15:10:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yes

06/22/2020 15:10:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I think that's the way

06/22/2020 15:10:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I was about to type that

06/22/2020 15:10:21 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 15:10:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah otherwise he'd start asking about pdd and aapl too

06/22/2020 15:10:48 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Btw- how many people are getting emails from fernanda right now to close out their aapl position?

06/22/2020 15:10:49 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: hehe

06/22/2020 15:10:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Well he'd probably wonder why he has a loss that size already from tsla too

06/22/2020 15:11:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah that too.

06/22/2020 15:11:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Dude I'm not closing my APPLE

06/22/2020 15:11:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: No f'ing way

06/22/2020 15:11:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Compliance rule man

06/22/2020 15:11:41 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Bill rule man

06/22/2020 15:11:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Not regulatory or anything

06/22/2020 15:11:49 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Bill = compliance

06/22/2020 15:11:54 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just f'ing stupid

06/22/2020 15:12:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Did you just punch the wall?

06/22/2020 15:12:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm ready to

06/22/2020 15:12:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: She just asked me to confirm my sbux shares

06/22/2020 15:12:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Oddly enough

06/22/2020 15:12:42 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Have you traded that recently?

06/22/2020 15:14:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Bought it in 2013

06/22/2020 15:14:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Very odd

06/22/2020 15:14:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm serious I will email Andy on the apple thing

06/22/2020 15:15:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I've had that since 2011/2012

06/22/2020 15:15:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm not selling

06/22/2020 15:15:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: lol

06/22/2020 15:17:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Like the wolf of wall street seen

06/22/2020 15:17:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Where he's telling the strattonite I'm not going anywhere!

06/22/2020 15:17:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: haha

06/22/2020 15:17:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Strattonite's*

06/22/2020 15:37:25 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yo scott, pdd is a Chinese adr right?

06/22/2020 15:37:46 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yes sir

06/22/2020 15:38:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Cool so I can clone a bidu swap for the tid creation for that

06/22/2020 15:38:14 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yes that works

06/22/2020 15:38:17 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: sweet

06/22/2020 15:38:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott am I able to edit the meeting for tomorrow or do you have to?

06/22/2020 15:39:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You should be able to, I've had a hard time changing it the past couple of times so let me try again.

06/22/2020 15:41:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You see it moved on the calendar?

06/22/2020 15:41:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yes!

06/22/2020 15:41:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Thanks man

06/22/2020 15:41:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: How did you do it

06/22/2020 15:41:23 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I only had propose a new time

06/22/2020 15:41:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: As an option I think

06/22/2020 15:41:44 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You double click on an entry and change the time and his send update

06/22/2020 15:42:24 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: But I did it and I didn't see it change on the calendar so I had to do the same process 2x until it finally worked. Not sure if its a syncing issue or what.

06/22/2020 15:42:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: "hit" send update

06/22/2020 15:43:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Gotcha, but did you originate or author this meeting? B/c if so you might have that option only

06/22/2020 15:43:54 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I did

06/22/2020 15:44:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Go to the calendar today and try to move my telehealth to 130

06/22/2020 15:44:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah I can do that one

06/22/2020 15:45:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just emailed you a snip it of what the zoom meeting looked like when I double clicked

06/22/2020 15:46:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That looks like it was after I moved it. Hit accept. Then try again.

06/22/2020 15:47:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ah ha

06/22/2020 15:47:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Smart dude

06/22/2020 15:47:36 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool

06/22/2020 15:47:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Thx man

06/22/2020 15:47:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: np

06/22/2020 15:48:15 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: For some reason it always takes me 2-3x if I try and move an appt. That happened when we were in the office too.

06/22/2020 15:48:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: strange

06/22/2020 15:48:58 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I try and move it, then I look at the calendar and see it isn't moved so I keep doing it until I see it move.

06/22/2020 15:49:13 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah who knows. I'm sure RFA would be able to figure it out quickly if I looped them in.

06/22/2020 15:49:18 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I guess if at first you don't succeed...

06/22/2020 15:49:20 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 15:49:28 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Haha yeah right

06/22/2020 15:50:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Just had my telehealth. Negative for covid antibodies. So it hasn't been in my house most likely (trish tested negative as well)

06/22/2020 15:50:20 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hey that's a good thing

06/22/2020 15:50:26 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: That's awesome

06/22/2020 15:50:43 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Re-assuring at least

06/22/2020 15:50:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Would be nice if you had positive and none of the symptoms I suppose too

06/22/2020 15:50:54 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Ah, I was hoping I had it already and was asymptomatic. But I don't think these antibody tests are conclusive anyway.

06/22/2020 15:51:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

06/22/2020 15:51:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Cholesterol is high though, do you eat a lot of cheese? How about ice cream?

06/22/2020 15:51:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Oh word?

06/22/2020 15:51:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I gotta get check out for a phsical

06/22/2020 15:52:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Haven't had one in a few years

06/22/2020 15:52:16 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Smh, we have a drawer in the fridge just for cheese because trish's doctor told her to eat more cheese. So of course I snack on that crap all damn day.

06/22/2020 15:52:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: hahahaha

06/22/2020 15:52:36 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: And she's been buying ice cream for a month now randomly and I've been eating that crap every night.

06/22/2020 15:52:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: hahahahaha

06/22/2020 15:52:54 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: NO MORE BS--- ICE CREAM IS NOW BANNED.

06/22/2020 15:52:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: !

06/22/2020 15:53:04 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: She's an enabler

06/22/2020 15:53:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Big time.

06/22/2020 15:53:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cmon Trish!

06/22/2020 15:53:48 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Of course its on zoom and she's creeping from the other room and all she heard was, "how often do you drink"

06/22/2020 15:54:04 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: And of course, her interpretation is that its high because I need to stop drinking.

06/22/2020 15:54:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: hahahahahaha

06/22/2020 15:54:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Pish posh

06/22/2020 15:54:11 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Such crap.

06/22/2020 15:54:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Quit the ice cream

06/22/2020 15:54:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cut back on the cheese (b/c cheese is too damn good to quit)

06/22/2020 15:54:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And lets be honest drinking doesn't cause high cholesterol

06/22/2020 15:54:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I hope

06/22/2020 15:54:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 15:54:52 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: When I lost 100 pounds in a year in a half, I was getting blackout drunk 2-3 times a week.

06/22/2020 15:55:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I just didn't have cheese and ice cream in my fridge.

06/22/2020 15:55:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Or chips.

06/22/2020 15:55:21 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Oh bake stupid tea biscuits with lavendar and honey.

06/22/2020 15:55:26 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: First world problems!

06/22/2020 15:55:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah salty snacks

FOIA Confidential Treatment Requested-S1230350326

like chips and crackers and sugar are killers

06/22/2020 15:55:45 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Im an addict. If its here I have it. :-(

06/22/2020 15:56:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hey it's real I have no doubt

06/22/2020 16:02:21 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Listening to some old Avicii

06/22/2020 16:02:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: This stuff was bangin back then

06/22/2020 16:05:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Eh never really my slice of pie.

06/22/2020 16:05:33 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Same here but watched the doc on him

06/22/2020 16:05:37 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Pretty cool dude

06/22/2020 16:05:42 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Can't beleieve he dies

06/22/2020 16:05:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah nutty

06/22/2020 16:06:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Poor guy had some demons

06/22/2020 16:06:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: There was a 2-3 year period of my life where I was partying a ton

06/22/2020 16:06:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And doing music festivals and clubs and stuff

06/22/2020 16:06:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And got into electronic stuff

06/22/2020 16:07:17 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah I never really got into that whole scene but I recall it was a big wave

06/22/2020 16:07:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Goes to show you, you never really know what's going on with people

06/22/2020 16:07:25 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: For real

06/22/2020 16:07:27 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So sad

06/22/2020 16:07:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah was like 2010 to 2013

06/22/2020 16:08:04 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Had lots of

bachelor parties and stuff in that 5 year period

06/22/2020 16:08:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Then I was saved by archegos

06/22/2020 16:08:38 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Hopefully you've been to the doctor since

06/22/2020 16:08:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 16:08:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Haha yes

06/22/2020 16:13:05 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yo $$ if you want to step away I'm here doing tax

06/22/2020 16:13:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I can keep an eye out

06/22/2020 16:14:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Thanks im good for now, going thru and getting the new lines in the eod sheets and gtl file for end of day

06/22/2020 16:14:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 16:15:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott for next weeks tax report I think we should consider just removing apple from the header on donations by co and tax efficient lots to sell by co

06/22/2020 16:16:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Considering it's a short

06/22/2020 16:18:27 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah that works. Maybe just take it out from the header today to avoid anyone overthinking that

06/22/2020 16:18:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 16:18:50 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Did you see your apple yet by the way?

06/22/2020 16:19:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-) I'm going to have fun with this

06/22/2020 16:19:11 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Until he says he wants to short HD

06/22/2020 16:19:21 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Sell or see*

06/22/2020 16:27:58 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Rebbooting my computer

06/22/2020 16:28:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) exited

06/22/2020 16:28:04 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: ok

06/22/2020 16:28:21 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Sry scott did understand your apple message

06/22/2020 16:29:48 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Ah sorry

06/22/2020 16:30:00 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I actually didn't understand your message

06/22/2020 16:30:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Did you sell your apple yet?

06/22/2020 16:30:24 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Meaning I'm going to keep picking on you on that topic

06/22/2020 16:33:35 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 16:33:41 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) exited

06/22/2020 16:34:16 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 16:34:17 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 06/22/2020 04:00:00 UTC to 06/22/2020 16:34:16 UTC

06/22/2020 16:34:31 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: back

06/22/2020 16:34:39 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Welcome $$

06/22/2020 16:47:40 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You see that text from BKO?

06/22/2020 16:47:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Looks like its just that 1,072B was that backwards

06/22/2020 16:48:01 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah just saw

06/22/2020 16:48:11 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So same numbers just positive?

06/22/2020 16:48:14 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: The other numbers look good

06/22/2020 16:48:16 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Just that one cell

06/22/2020 16:48:27 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh YTD is fine

06/22/2020 16:48:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Just rtd?

06/22/2020 16:48:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: correct

06/22/2020 16:48:51 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: cool

06/22/2020 16:48:52 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: The hardcoded

number for aapl should be +1,072,290,668

06/22/2020 16:49:02 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sounds good

06/22/2020 16:49:19 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: No need to resend anything, it'll catch up for the next update

06/22/2020 16:50:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: sweet

06/22/2020 17:07:59 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yo dave

06/22/2020 17:15:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: When you have a second can you take a look at the four sheets, with PDD now in both longs and shorts Im not sure but I think it may throw off the formulas you have in the four sheets now

06/22/2020 17:15:20 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: No porb

06/22/2020 17:15:22 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: For a quick fix now we can just delete out the long PDD symbol

06/22/2020 17:15:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: prob

06/22/2020 17:15:29 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Once we paste it in

06/22/2020 17:15:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm 99% sure that's what the fix has been in the past

06/22/2020 17:15:46 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Okay sweet yeah

06/22/2020 17:15:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: With QQQ and others

06/22/2020 17:16:00 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh okay cool

06/22/2020 17:16:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Makes sense

06/22/2020 17:16:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Gonna send the 1:30 combo and just grab some fresh air for 10 mins around the aopartment

06/22/2020 17:17:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: k

06/22/2020 17:47:16 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: back

06/22/2020 17:47:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool cool

06/22/2020 18:09:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yo scott

06/22/2020 18:09:47 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yes sir

06/22/2020 18:09:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I just saved tax

06/22/2020 18:10:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Can you take a

06/22/2020 18:10:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I ran a p&l report from aexeo account manager from jan 1 thru may 31

06/22/2020 18:10:47 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: For int inc and int exp

06/22/2020 18:10:59 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Since we closed may

06/22/2020 18:11:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And divided by 5 months then divided by 30 then multiplied by 22

06/22/2020 18:11:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And the interest went down considerably from $56.2m to $49.6m

06/22/2020 18:11:52 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That makes sense.

06/22/2020 18:12:12 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: We'll keep having drops like that going forward because the rates were much higher in jan-march

06/22/2020 18:12:19 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Then coronona came

06/22/2020 18:12:26 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 18:12:34 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just making sure

06/22/2020 18:12:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: The smoothing will get better over the course of the summer

06/22/2020 18:12:51 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Once jan-mar carries less weight

06/22/2020 18:12:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: B/c I think BKO may not update the form from aexeo so whenever I do tax it feels like a big jump

06/22/2020 18:13:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Thx for the check

06/22/2020 18:13:15 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I believe you are correct on that

06/22/2020 18:13:53 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I think in April/early may-ish the drop on that was like 15m, so its gradually getting smaller

06/22/2020 18:14:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: sweet

06/22/2020 18:14:23 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I also made the tsla realized adjustment

06/22/2020 18:14:30 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: perfecto

06/22/2020 18:14:32 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: One of the lots the realized got completely deleted

06/22/2020 18:14:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: The other was a prorata

06/22/2020 18:15:16 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Sweet. You can go plugsbunny on the CF tab to make it all line up (the interest piece and that tsla adjustment will probably cause a difference)

06/22/2020 18:15:34 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: *a difference when you are comparing to fridays cap base

06/22/2020 18:15:47 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You picking up what I'm putting down?

06/22/2020 18:15:52 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Catch what I'm throwing?

06/22/2020 18:16:03 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Do you understand the words that are coming out of my mouth?

06/22/2020 18:16:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I believe but go easy on me if I require your confirmation later

06/22/2020 18:16:20 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: pfft

06/22/2020 18:16:34 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I just spent 45 mins on the phone with pat

06/22/2020 18:16:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Guy is in a jolly mood

06/22/2020 18:17:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: For real

06/22/2020 18:17:30 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Or you being sarcastic

06/22/2020 18:18:00 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah he seemed OK, going over some texas stuff and some g&m tax stuff

06/22/2020 18:18:30 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: gotcha

06/22/2020 18:18:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Anything I should know related to G&M for the sheet

06/22/2020 18:18:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: No it was on g&m payroll tax

06/22/2020 18:19:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 18:19:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Well not really

06/22/2020 18:19:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: But you know

06/22/2020 18:20:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: It was somewhat interesting

06/22/2020 18:20:29 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Section 4960!

06/22/2020 18:22:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Oh damn no way!

06/22/2020 18:22:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Those are Jesse's favorite

06/22/2020 18:26:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott can you hop on zoom real quick

06/22/2020 18:26:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Have a random question

06/22/2020 18:26:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol hardly

06/22/2020 18:38:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) entered

06/22/2020 18:38:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) viewed history from 06/21/2020 18:38:09 UTC to 06/22/2020 18:38:09 UTC

06/22/2020 18:56:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: "new" broker summary process is sweet. Nice improvements.

06/22/2020 18:56:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: right

06/22/2020 18:56:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Not sure if that's a $$ original or $$/DH collab, but pretty sweeeet

06/22/2020 18:56:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Give the standing O to $$

06/22/2020 18:57:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: That boy killed it!

06/22/2020 18:57:20 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Dave inspired tho!

06/22/2020 18:57:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: By the way, I guess Pat's just gonna ignore my cashpro email today lol

06/22/2020 18:58:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: He saw internal transfer and was like f that noise

06/22/2020 18:58:17 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh really

06/22/2020 18:58:23 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Not confirmed by bank

BBG00007525
SDNY_SWR_0000004108

06/22/2020 18:58:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Wasn't when I sent the follow up at 1:30

06/22/2020 18:58:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: The dude must be swamped

06/22/2020 18:59:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Not a magazine day

06/22/2020 18:59:03 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: haha

06/22/2020 18:59:29 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just checked not approved

06/22/2020 19:00:03 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: This is the stuff where he undermines his demands on stuff from us

06/22/2020 19:00:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: B/c his tone from the top doesn't follow thru necessarily

06/22/2020 19:00:19 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: But hey whatever

06/22/2020 19:00:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Aint no thang

06/22/2020 19:00:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Back to tax

06/22/2020 19:00:57 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol

06/22/2020 19:04:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Hey the blended tab

06/22/2020 19:04:12 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: yeah

06/22/2020 19:04:13 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Is that from scratch?

06/22/2020 19:04:21 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah make a copy of the export tab

06/22/2020 19:04:50 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And then you make the same broker codes fro the cah and otc ones

06/22/2020 19:04:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Cash*

06/22/2020 19:05:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And then subtotal it off those updated broker codes

06/22/2020 19:05:48 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Sweet.

06/22/2020 19:11:27 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: There you go DH!

06/22/2020 19:11:33 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: He still loves you!

06/22/2020 19:11:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Don't fear!

FOIA Confidential Treatment Requested-S1230350326

06/22/2020 19:11:40 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: brr

06/22/2020 19:11:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Bout f'ing time!

06/22/2020 19:11:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Feelin ain't mutual

06/22/2020 19:12:18 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I'm outnumbered on this team. Me, barima, and a bunch of long island guys!

06/22/2020 19:12:23 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 19:12:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: lol

06/22/2020 19:13:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Check out the positive vibes drippin in that email

06/22/2020 19:13:21 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Im all for that man

06/22/2020 19:13:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I didn't even do a 20!

06/22/2020 19:13:53 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Straight off the dome with that positivity

06/22/2020 19:14:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Damn lol that's impressive

06/22/2020 19:14:07 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 19:14:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I've learned from 2 of the best

06/22/2020 19:14:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: The power of the exclamation point!

06/22/2020 19:14:22 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah man!

06/22/2020 19:14:26 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It's like a stamp!

06/22/2020 19:14:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: For the end of you sentence

06/22/2020 19:14:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Im changing my email signature to Jesse Martz!

06/22/2020 19:15:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: HA!

06/22/2020 19:16:11 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: lol

06/22/2020 19:36:24 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Come on pat

06/22/2020 19:36:41 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: haha

06/22/2020 19:45:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott do you recommend plugging any particular lt/st gain tax or lt/st loss credit

06/22/2020 19:48:44 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: On the cash flow tab?

06/22/2020 19:48:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yeah

06/22/2020 19:49:04 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Lt gain should be the bulk of it, hit that bad boy

06/22/2020 19:49:55 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You good on margin rates for cash impact $$ ? Looking now, it will just be the normal stuff that we'd expect. Those UBS swaps that they did after the last email are 15% (UBS is always 15%)

06/22/2020 19:50:08 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah using 15% for ubs swaps

06/22/2020 19:50:11 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And 13% for ms swaps

06/22/2020 19:50:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool thanks scott

06/22/2020 19:50:22 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: 7.5% for nmtra and cs swaps

06/22/2020 19:50:48 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: sweeeet

06/22/2020 19:50:52 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Sounds good $$

06/22/2020 19:51:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok if I'm off by like 2.5m on the cahs flows from cap base?

06/22/2020 19:51:59 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That's perfect actually

06/22/2020 19:52:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 19:52:26 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You got that feeling when a pitcher throws a perfect game right now don't you?

06/22/2020 19:53:30 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Actually $$, lets split up googl. I didn't realize that was so big. Figuring that out now.

06/22/2020 19:53:54 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sounds good

06/22/2020 19:54:01 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hey amma make it do what it do

06/22/2020 19:54:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Amma?

06/22/2020 19:54:18 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And I got the NEW NJ to tie out nearly exact

06/22/2020 19:54:26 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Off by a few hundo

06/22/2020 19:54:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: slang for I'm going to

06/22/2020 19:55:51 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Hey jesse- you can use 15% for GOOGL. Lets do 54,420 shares CS and 15,000 shares UBS. Give or take, doesn't have to be exacto.

06/22/2020 19:56:10 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sweet so for cash im good with the 15%

06/22/2020 19:56:12 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: thanks

06/22/2020 19:56:14 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: yesssssir

06/22/2020 19:57:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 19:57:47 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol!

06/22/2020 19:57:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Lets see this order pop up

06/22/2020 19:58:00 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That's the official time

06/22/2020 19:58:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Might be a record

06/22/2020 19:58:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It's seriously insane lol

06/22/2020 20:01:09 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I didn't see anything new for BIDU, I'm confirming with Pete if they did anything more

06/22/2020 20:01:22 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Those 164,100 shares were put in at 2pm

06/22/2020 20:01:48 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: $$ you want to take trades from emsx put them in the eod template and put the allocs in there and I'll put it in the GTL and upload along with greenies and cap base?

06/22/2020 20:02:37 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Still going thru the combo and fopr 4pm and cash est

06/22/2020 20:02:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah I'm still wrapping up tax

06/22/2020 20:02:50 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So might be a bit if you have it ready but if ur still doing tax

06/22/2020 20:02:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Then yeah no rush

06/22/2020 20:03:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Just didn't be the hold up for you

06/22/2020 20:03:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Didn't want to be*

06/22/2020 20:03:36 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah for sure

06/22/2020 20:10:50 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I guess don't wait on me getting a bidu answer from Pete, you can rock and roll, he hasn't responded.

06/22/2020 20:11:08 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah what filled is filled im assuming

06/22/2020 20:14:28 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Dave wanna roll with allocs I just exported so I can start eod

06/22/2020 20:14:47 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: SCOTT BECKER 16:00:41 Just 164,100 BIDU right? You didn't add to that order right at the end did you?
PETER DESANTO
16:12:45 we didnt end up adding

06/22/2020 20:15:02 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah you saved the EOD Trade Template with the allocs column filled in?

06/22/2020 20:15:15 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: No just exported and saved the file

06/22/2020 20:15:23 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Nothings allocated yet

06/22/2020 20:16:02 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Everything sis swap except for google

06/22/2020 20:16:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Which gets

06/22/2020 20:16:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lets do 54,420 shares CS and 15,000 shares UBS. Give or take, doesn't have to be exacto.

06/22/2020 20:18:26 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok cool sorry didn't even see what we did today honestly

06/22/2020 20:18:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Now I see it's super easy

06/22/2020 20:18:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Was worried I had been out of the loop on allocs

06/22/2020 20:18:49 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Nope yeah just googl is the only cash

06/22/2020 20:18:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Got it

FOIA Confidential Treatment Requested-S1230350326

06/22/2020 20:19:02 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And all good

06/22/2020 20:19:33 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So doing all 18,219 to ubs would tilt it too much?

06/22/2020 20:19:49 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Scott said there's wiggle room I beleive

06/22/2020 20:20:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool b/c then there's not splitting allocs

06/22/2020 20:20:47 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sweet and on gtl just look out for making sure eveything has tids

06/22/2020 20:20:56 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Tried to keep up with during the day

06/22/2020 20:21:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool

06/22/2020 20:24:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott just to confirm on GOOGL I'm sending $4.6m more that you guided to UBS and that much less to CS

06/22/2020 20:25:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: So like 25 to ubs?

06/22/2020 20:25:06 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Is that gonna push the limits too muhc?

06/22/2020 20:25:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: 25ish

06/22/2020 20:25:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: 26

06/22/2020 20:25:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

06/22/2020 20:25:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: All good

06/22/2020 20:25:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: thanks

06/22/2020 20:25:23 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: No splits!

06/22/2020 20:25:26 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 20:35:56 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Excitement!

06/22/2020 20:36:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Nice job on the tids for the GTL $$

06/22/2020 20:36:18 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Sweet, got them all?

06/22/2020 20:36:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yes indeed

06/22/2020 20:36:27 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: awesome

BBG00007531
SDNY_SWR_0000004114

06/22/2020 20:36:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: You've got a way with TID's

06/22/2020 20:36:50 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Love my tiddies

06/22/2020 20:36:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: A real TID man

06/22/2020 20:40:25 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: whoa

06/22/2020 20:47:03 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Hey jesse, for that pdd balance for the traders, is the diff the 1,500 shares we are still long?

06/22/2020 20:47:24 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh yeah

06/22/2020 20:47:45 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: thanks

06/22/2020 20:47:54 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: NP, one team, one dream!

06/22/2020 20:48:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yes!

06/22/2020 20:53:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yo dave

06/22/2020 20:53:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Can we zoom I feel like even when I take out the pdd long on foiur sheets something is stioll off

06/22/2020 20:53:41 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah for sure

06/22/2020 20:53:47 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: sweet

06/22/2020 21:02:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Damn I gotta plug cap base again today

06/22/2020 21:03:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: How much?

06/22/2020 21:03:13 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: 6m

06/22/2020 21:03:23 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Adding 6m to the combo nav

06/22/2020 21:03:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: In order to get 67% change day over day

06/22/2020 21:03:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: As a percent of the combo pnl

06/22/2020 21:04:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: But this coudl be interest

06/22/2020 21:04:12 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Ah got it, well at least its not huge

06/22/2020 21:04:17 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It ent down about 6m

06/22/2020 21:04:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: HUGE

06/22/2020 21:04:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm a big fan of no plugs on cap base these days

06/22/2020 21:04:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So it's got be shook having to plug 2 days in a row

06/22/2020 21:04:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol were back to where it all started

06/22/2020 21:04:59 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yeah man

06/22/2020 21:05:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hey scott

06/22/2020 21:06:03 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: You mind if I move the Capital base sheet "Archegos Employee Deferral Balance" (Column H) line up a bit

06/22/2020 21:06:07 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: yo

06/22/2020 21:06:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: On the Cash Flows tab

06/22/2020 21:06:21 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I tell you what, you can move that however you want to

06/22/2020 21:06:22 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: B/c I think sometimes it can get forgotten down at the bottom

06/22/2020 21:06:36 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Sounds good to me

06/22/2020 21:06:55 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: That's the most important number on there, who is forgetting it?!?!

06/22/2020 21:06:59 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I had to just plug a dummy guess amt in the cap base table Friday for thursdays amount

06/22/2020 21:07:00 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 21:07:12 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: B/c on a down day Friday it looked like it went up

06/22/2020 21:07:23 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: When it just hadn't been updated for a few days

06/22/2020 21:10:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I think we've also been putting in the wrong GM Cash from Paul's weekly report since June 8

06/22/2020 21:10:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: We've been using

FOIA Confidential Treatment Requested-S1230350326

the MS Swap MTM amount he has in there

06/22/2020 21:10:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: lol

06/22/2020 21:10:37 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: When it shoudl be the net cash balance

06/22/2020 21:10:38 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You can back-correct that one

06/22/2020 21:10:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yeah

06/22/2020 21:12:14 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yo Dave just a heads up that sillujen still shpws up as N/A

06/22/2020 21:12:21 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Even with that hardcoded price you put in

06/22/2020 21:12:25 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: That's fine?

06/22/2020 21:12:32 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

06/22/2020 21:12:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: The rest is volatilty market cap etc

06/22/2020 21:12:46 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: All BBG derived amounts

06/22/2020 21:12:51 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Can't do nothing about it

06/22/2020 21:12:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Cool so everyday with the four sheets now we have to delete out the PPDD symbol

06/22/2020 21:13:01 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: PDD synbol

06/22/2020 21:13:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: In the longs

06/22/2020 21:13:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yup

06/22/2020 21:13:15 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And then make sure that hardcode price is moved to sillujen row

06/22/2020 21:13:27 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Should be ok on the sillajen

06/22/2020 21:13:28 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Just writing that out for scott when he does am tomorow

06/22/2020 21:13:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It's the 4th smallest name in the short book

06/22/2020 21:13:40 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Word

06/22/2020 21:13:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Teamwork

06/22/2020 21:13:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Where does pdd get deleted?

06/22/2020 21:13:44 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah but if order changes

06/22/2020 21:13:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: dreamwork

06/22/2020 21:13:54 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: When u paste in the combo

06/22/2020 21:14:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Delete the actual symbol from the long section

06/22/2020 21:14:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: In that combo

06/22/2020 21:14:20 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Just the combo tab?

06/22/2020 21:14:24 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: yeah

06/22/2020 21:14:28 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Cool thx

06/22/2020 21:14:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah if u don't do that you'll end up seeing the short section starts pulling longs

06/22/2020 21:19:08 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Scott should I be plugging the wash sale into the greenies for tsla

06/22/2020 21:19:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: yes

06/22/2020 21:19:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Or should we just do it tomorrow when the citco one report updates

06/22/2020 21:19:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: ok

06/22/2020 21:19:53 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: He'll probably zero in on it since its tsla

06/22/2020 21:19:56 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: :-)

06/22/2020 21:19:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: k

06/22/2020 21:20:03 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Of course I remember when I'm all pdf'd

06/22/2020 21:20:05 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: lol

06/22/2020 21:20:06 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Good call dave

06/22/2020 21:23:51 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok so I adjusted

the cost basis in the greenies

06/22/2020 21:24:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: And it results in an unrealized loss of 4m

06/22/2020 21:24:16 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Would've been a gain of ~90k without the wash sales

06/22/2020 21:24:25 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: All your fault!

06/22/2020 21:24:26 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hopefully citco one agrees with me

06/22/2020 21:24:36 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Well, it'll at least be close

06/22/2020 21:24:58 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: <Shoulder shrugging emoji>

06/22/2020 21:25:15 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Hahah

06/22/2020 21:25:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I never re-prinbted the sheets as much as I did today lol

06/22/2020 21:25:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: fun

06/22/2020 21:25:42 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol it was a day to remember

06/22/2020 21:25:49 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: That's the way things used to go quite often back in the day lol

06/22/2020 21:26:21 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol I can't imagine

06/22/2020 21:26:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Its almost over tho

06/22/2020 21:27:10 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Hey $$

06/22/2020 21:27:18 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: What symbol did you use to price apple

06/22/2020 21:27:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: In the sheets?

06/22/2020 21:27:34 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: yeah

06/22/2020 21:27:45 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'm checking now but greenies used aapl un

06/22/2020 21:27:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I think you're using something different maybe

06/22/2020 21:28:03 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I pulled up the one that was in the sheets(excel) from when we last had it and used that

06/22/2020 21:28:28 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: =BDP("aapl UW EQUITY","LAST_PRICE")

06/22/2020 21:28:31 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok I'll use UW

06/22/2020 21:28:41 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I went to jan 2 2020 sheets (excel)

06/22/2020 21:28:42 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Guess greenies were wrong for awhile

06/22/2020 21:28:48 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: And I took that formula

06/22/2020 21:28:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: cool

06/22/2020 21:28:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: But let me double check now

06/22/2020 21:28:57 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Nah nah

06/22/2020 21:29:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I think you're good

06/22/2020 21:29:05 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Okay sweet

06/22/2020 21:29:15 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Let me check the four sheets too

06/22/2020 21:29:24 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Liek the price in those

06/22/2020 21:29:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh yeah good call

06/22/2020 21:29:52 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Nah I think it should be UN actually

06/22/2020 21:29:59 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I just checked tho

06/22/2020 21:30:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Let me check something

06/22/2020 21:30:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Like all the sheets from jan

06/22/2020 21:30:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: When we had appl

06/22/2020 21:30:11 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Have uw

06/22/2020 21:30:25 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Which is the p&l we are incorporating

FOIA Confidential Treatment Requested-S1230350326

06/22/2020 21:30:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: In the rtd and ytd

06/22/2020 21:30:41 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: It's UW

06/22/2020 21:30:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: UN is NYSE

06/22/2020 21:30:55 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: UW is Nasdaq

06/22/2020 21:30:57 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Oh okay sweet

06/22/2020 21:31:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'll try to memorize that

06/22/2020 21:31:08 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: That's good to know

06/22/2020 21:31:11 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Makes it easier in the future

06/22/2020 21:31:44 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Well this is the 3rd pdf of the greenies now

06/22/2020 21:31:50 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: So I'm in the same boat with you lol

06/22/2020 21:32:22 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Lol jeez yeah that was me for the last 30

06/22/2020 21:32:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: I reprinted thee 6 sheets four times lol

06/22/2020 21:34:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: hahaha

06/22/2020 21:34:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Alright you good to go tho?

06/22/2020 21:34:49 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah all set doing 10s

06/22/2020 21:34:59 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So ur out till around 1pmish Tom right

06/22/2020 21:35:00 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Cool, I got a half day tomorrow

06/22/2020 21:35:06 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: 1ish

06/22/2020 21:35:09 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Yup hopefully before 1pm but yeah

06/22/2020 21:35:26 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Coooool. I got AM reporting.

06/22/2020 21:35:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: B will be BACK!

06/22/2020 21:35:35 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: nice

06/22/2020 21:35:38 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Alright guys

06/22/2020 21:35:43 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: I'll see you tomorrow then

06/22/2020 21:35:45 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: than

06/22/2020 21:35:50 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Alright I think u usually do cash on tuesday

06/22/2020 21:35:52 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So ill take that

06/22/2020 21:35:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Later man

06/22/2020 21:35:58 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Good man $$

06/22/2020 21:36:04 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Ok I'll switch with you this week

06/22/2020 21:36:14 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: Whatever day it is

06/22/2020 21:36:25 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) posted: See you tomorrow

06/22/2020 21:36:29 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Nah I mean its all good, because I got to dip forat 330 Tom anyways

06/22/2020 21:36:37 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So won't be able to do eod anyways

06/22/2020 21:36:39 UTC DAVID HOHLMAN (DHOHLMAN1@Bloomberg.net) exited

06/22/2020 21:38:35 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Scot can u just do a sanity check on pdd price change percentage for me

06/22/2020 21:38:37 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: On bbg

06/22/2020 21:38:47 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Im seeing -6.6%

06/22/2020 21:39:01 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: I see the same

06/22/2020 21:39:14 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Cool just way diff from -.51 on the sheets

06/22/2020 21:39:19 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: So just wanetd to make sure

BBG00007539
SDNY_SWR_0000004122

06/22/2020 21:40:05 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Yeah since we traded it comes through weird on the sheets.

06/22/2020 21:41:33 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: yeah

06/22/2020 21:42:19 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: You goooood my man?

06/22/2020 21:45:49 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Yeah my fault

06/22/2020 21:45:51 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Im all set

06/22/2020 21:45:55 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: You good on ur end?

06/22/2020 21:45:59 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: No wories. Sounds good. Yes sir.

06/22/2020 21:46:04 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Speak on the morrrrroooow!

06/22/2020 21:46:04 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: sweeet

06/22/2020 21:46:09 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Thanks for doing margin today

06/22/2020 21:46:24 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: Nah man, its all teamwork. Thanks for everything you did today!

06/22/2020 21:46:30 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: One team, one dream!

06/22/2020 21:46:30 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: My man!

06/22/2020 21:46:34 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) posted: Catch yah tomorrow

06/22/2020 21:46:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted: later

06/22/2020 21:46:53 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) exited

06/22/2020 22:25:00 UTC JESSE MARTZ (JMARTZ4@Bloomberg.net) exited

06/23/2020 00:50:24 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) entered

06/23/2020 00:50:24 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) viewed history from 06/22/2020 04:00:00 UTC to 06/23/2020 00:50:24 UTC

06/23/2020 01:46:09 UTC BARIMA OSEI (BOSEI1@Bloomberg.net) exited