UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
: 
UNITED STATES OF AMERICA, :
: **SCHEDULING ORDER**
:
-against- : 22 Cr. 240 (AKH)
:
:
SUNG KOOK (BILL) HWANG and PATRICK :
HALLIGAN, 
:
Defendants. :
:
---------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

The final pretrial conference scheduled for April 15, 2024 at 12:00 p.m. will now be split across two days. It will begin on April 11, 2024 at 2:30 p.m. and will continue as necessary on April 15, 2024 beginning at 11:00 a.m.

SO ORDERED.

Dated:  March 25, 2024            /s/ Alvin K. Hellerstein
        New York, New York       ALVIN K. HELLERSTEIN
                                 United States District Judge