UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                             :

UNITED STATES OF AMERICA,       :

                                             :   **ORDER**

                                             :   22 Cr. 240 (AKH)

              -against-                     :

SUNG KOOK (BILL) HWANG and PATRICK   :
HALLIGAN,

                              Defendants.   :
------------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       In light of the revised final pretrial conference schedule described at ECF No. 169, both parties' final replies to motions *in limine* will be due on April 9, 2024 at 12:00 p.m. to allow all parties and the Court ample time to review the arguments.

       SO ORDERED.

Dated:     March 25, 2024               /s/ Alvin K. Hellerstein
             New York, New York        ALVIN K. HELLERSTEIN
                                                  United States District Judge