## UNITED STATES DISTRICT COURT
## SOTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>SUNG KOOK (BILL) HWANG<br><br>Defendant | DOCKET NO. 22-cr-240 (AKH)<br><br>*Document Electronically Filed*<br><br>**DECLARATION OF LAWRENCE S. LUSTBERG IN SUPPORT OF MOTIONTO WITHDRAW AS DEFENDANT'S COUNSEL** |

I, Lawrence S. Lustberg, hereby declare, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, as follows.

1.　I am an attorney at the law firm of Gibbons P.C., withdrawing counsel for defendant Sung Kook (Bill) Hwang in this case.

2.　I respectfully submit this declaration pursuant to Local Criminal Rule 1.2 and Local Civil Rule 1.4 in support of the accompanying motion of Lawrence S. Lustberg, Thomas R. Valen, Jeffrey L. Nagel, Kevin R. Reich, Andrew J. Marino, and Christina M. LaBruno, and the law firm Gibbons P.C., to withdraw as Counsel of Record for Defendant Sung Kook (Bill) Hwang in this matter.

3.　Mr. Hwang is now represented by attorneys from Kramer Levin Naftalis & Frankel LLP, who filed appearances in this matter on May 10, 2023 and will conduct the trial of this matter.

4.　Accordingly, Mr. Hwang will not be prejudiced by the withdrawal of attorneys from Gibbons P.C.

5. Mr. Hwang consents to the requested withdrawal.

By: s/ *Lawrence S. Lustberg*
Lawrence S. Lustberg, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Telephone (973) 596-4500
llustberg@gibbonslaw.com

Dated: April 16, 2024
Newark, NJ