Sent: Wed, 24 Mar 2021 06:58:01 -0400 (EDT)

To: "PATRICK HALLIGAN (|ARCHEGOS CAPITAL MAN|phalligan@archegoscapital.com)" <PHALLIGAN7@Bloomberg.net>; "SCOTT BECKER (|ARCHEGOS CAPITAL MAN|sbecker@archegoscapital.com)" <SBECKER15@Bloomberg.net>

Subject: IB Conversation, 2 participants, How are you doing today?\...

---

Conversation start time: 03/24/2021 10:58:01 UTC

Conversation end time:   03/24/2021 19:21:39 UTC

Number of Participants: 2

Participants:
    PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net)
    SCOTT BECKER (SBECKER15@Bloomberg.net)

Room Type: Standard
Room ID: CHAT-fs:605B1B39CEDC0032

03/24/2021 10:58:01 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) entered

03/24/2021 11:26:19 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) entered

03/24/2021 11:28:32 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   How are you doing today?\

03/24/2021 11:28:42 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   I had a nice nap

03/24/2021 11:29:41 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Nice! We had pasta last night - so I was up with alarms humming lionel richie's "all night long" in my head

03/24/2021 11:30:08 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Oh man

03/24/2021 11:30:10 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Thank goodness we don't need to sleep!

03/24/2021 11:30:31 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Or anything other than too much coffee and work

03/24/2021 11:30:37 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Sent you that SEC filing - I know that's not the 8k, but that looks like the final pricing detail

03/24/2021 11:31:39 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   I know we shouldn't be getting any more of that thing, but we all know about knowing options

03/24/2021 11:32:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   yep

03/24/2021 11:35:49 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Is someone focused on getting margin reports?

03/24/2021 11:37:25 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Texting the guys now, I told them last night we'd need all the reports asap.

Confidential Treatment Requested by King & Spalding

GOVERNMENT EXHIBIT 3736
22 Cr. 240 (AKH)

Archegos 007863
SDNY_P001_0006148960

03/24/2021 11:37:50 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   And no publishing anything before we get our heads together on stuff

03/24/2021 11:37:56 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Cash wise anyway

03/24/2021 11:39:14 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Got it, nothing will be paid either.

03/24/2021 11:40:14 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Good - hopefully we have the money we think we should and all of us can just focus on today

03/24/2021 11:45:41 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   From this filing, I can see the share count so I'll calculate that.  In terms of when this is "effective," the earliest would be the settlement date of 3/26/21.  Then we have that issue of confirming whether the deal has closed or not, so hopefully there is another filing/IR release that confirms settlement or gives the outstanding share count.

03/24/2021 11:46:45 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   The 8k sounds like the usual game plan

03/24/2021 11:55:48 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) entered

03/24/2021 12:14:06 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   How's it going there?

03/24/2021 12:14:35 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Chugging along, barima is digging through reports now

03/24/2021 12:16:33 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   In pre I see us needing $1B to make it through to tomorrow break even

03/24/2021 12:17:04 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   so not horrible

03/24/2021 12:17:38 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   With 100% requirement stuff to pick off (would be a different story if we were at 15%!)

03/24/2021 12:30:00 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Things coming in?

03/24/2021 12:30:47 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Waiting on NOM/GS, they are always the latest

03/24/2021 12:38:10 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Can you see your BIDU rates in MS?

03/24/2021 12:38:42 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Oddly enough barima just asked me the same thing.  Chekcing now

03/24/2021 12:38:58 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Well it is literally a $350m question

03/24/2021 12:44:33 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   You were righ ton VIAC

Confidential Treatment Requested by King & Spalding
Archegos 007864
SDNY_P001_0006148961

03/24/2021 12:44:44 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Hey BIll is asking if VIAC filing has happened yet?

03/24/2021 12:44:47 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   lol

03/24/2021 12:44:57 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   I gave them the details.

03/24/2021 12:55:20 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   1,431,217,940 excess at WF

03/24/2021 14:42:39 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Can I have a price for the Jeff ticker I don't get

03/24/2021 14:43:17 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   25.52

03/24/2021 15:29:58 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Did you get him?

03/24/2021 15:33:10 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Yes, went with - we are trying to navigate the day, but unfortunately we can't give out any intraday P&L numbers

03/24/2021 15:33:33 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   They have them already

03/24/2021 15:33:48 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   They can run their own p&l

03/24/2021 15:34:00 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Anyway...

03/24/2021 15:45:02 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) entered

03/24/2021 16:43:02 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   OK- Barima is putting in those 4 wires now.  Will has a call with Jeff at 1pm.

03/24/2021 16:52:37 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Good on pullin 59 from wells, no issues.  Calling it back now via letter

03/24/2021 17:52:44 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   That sounds a little strange - to have that much excess - so we call that and then some

03/24/2021 17:53:07 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Regardless- get the wire back and get the excess out

03/24/2021 17:53:33 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Cancel the wire if it didn't go out!!!

03/24/2021 18:11:47 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   GS is kicking back the wire

03/24/2021 18:12:28 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Fingers crossed anyway

03/24/2021 18:45:21 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Anything?

03/24/2021 18:50:43 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   Yes just got got off w will

03/24/2021 18:50:58 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   He said to pay MS 300MM, so the guys are putting that in now

03/24/2021 18:51:33 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   I say we then pay whatever hits next - like jeff

03/24/2021 18:51:54 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   We can coordinate though

03/24/2021 18:52:07 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Keep refreshing that incoming wire page please

03/24/2021 19:18:04 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   Still going?

03/24/2021 19:19:29 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   yes

03/24/2021 19:21:23 UTC SCOTT BECKER (SBECKER15@Bloomberg.net) posted:   No othe rincoming wires yet

03/24/2021 19:21:39 UTC PATRICK HALLIGAN (PHALLIGAN7@Bloomberg.net) posted:   At what point do we go looking for fed ref #s

Confidential Treatment Requested by King & Spalding

Archegos 007866
SDNY_P001_0006148963