## Archegos Debrief – April 2021

Most of the information below is based on an initial due diligence call that occurred on March 16, 2021 between Archegos (Patrick Halligan- CFO and Scott Becker – Finance) and BofA ████████████.

Archegos started 2020 with about $3.4bln in capital. In the 1Q20, Archegos had losses of 58%. This was a result of market effects of COVID.

On our call, Archegos stated that they were up 180% YTD21 (indicative of a +52.4% return in Feb) with $23bln in capital.

### Archegos Fund LP 2020-2021 Performance from HFAD

| Year | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | YE Perf | BM1 | BM2 | NAV(MM) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | 83.70 | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | n/a | 83.70 | N/A | N/A | 16543.00 |
| 2020 | -1.20 | -10.90 | -45.90 | 34.00 | 12.90 | 56.70 | 23.00 | -7.30 | 5.10 | 3.00 | 26.90 | 27.50 | 102.23 | N/A | N/A | 8078.00 |

| | | | |
|---|---|---|---|
| **Concentration & Structure** | Archegos ran a very concentrated book. Although the book had ~110 total long positions and ~50 shorts (mainly ETFs, Indexes (SPY and custom baskets in the Tech sector), the book was concentrated in 10 positions totaling 300% of NAV or $69bn. The largest position was 35% of NAV or $8.1bn. ████ | ████ | |

CONFIDENTIAL TREATMENT REQUESTED

GOVERNMENT EXHIBIT 2350
22 Cr. 240 (AKH)

BOA-229-SDNY-00005247
SDNY_P004_0000129548



CONFIDENTIAL TREATMENT REQUESTED

BOA-229-SDNY-00005248
SDNY_P004_0000129549

| Leverage | Archegos ran a highly leveraged book. Gross leverage in March 2021 was 487% with net longs at 158%. Gross leverage had been as high as 600% and typical net longs were 115%. This leverage enabled Archegos to have over $100bn in single name long positions at its high point.<br><br>Archegos indicated on the call that it had $7.8bn of unencumbered cash.<br><br>Archegos told BofA that the max haircuts that it expected was 15% and that it was getting this away. These low margin levels enabled Archegos to run such high leverage. |
|---|---|

CONFIDENTIAL TREATMENT REQUESTED

| | |
|---|---|
| **Fund Risk Governance** | Archegos did not have typical risk limits in place. There were no hard or soft limits on concentration (single position/sector/geographic). There were no risk management processes in place (portfolio stress tests, stop loss limits). "Bill Hwang was in charge of constructing the portfolio in any way he saw fit." <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ <br><br> Since Archegos is a family office, it does have the ability to make redemptions at any time, where hedge funds have a predetermined withdrawal and notification periods. |
| **Transparency** | Archegos was forthcoming with fund leverage, position sizes, sector focus (Media/Telecom & Financials) and number of counterparties (Primes: #7 with 5-6 being core counterparties; ISDA only: #4), however, they would not provide actual names in their portfolio. <br><br> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

CONFIDENTIAL TREATMENT REQUESTED

BOA-229-SDNY-00005250
SDNY_P004_0000129551

GSX TechEdu Inc. – ADR Holders Screenshot

| # | Holder Name | Portfolio Name | Source | Opt | Position | % Out |
|---|---|---|---|---|---|---|
| 1. | Goldman Sachs Group Inc/The | | ULT-AGG | | 31,662,834 | 21.88 |
| 2. | Goldman Sachs Group Inc/The | | 13G | | 31,662,834 | 21.88 |
| 3. | Morgan Stanley | | 13G | | 14,663,017 | 10.13 |
| 4. | Morgan Stanley Capital Services LLC | MORGAN STANL... | 13F | | 13,684,143 | 9.46 |
| 5. | Morgan Stanley & Co LLC | MORGAN STANL... | 13F | | 959,264 | 0.66 |
| 6. | Morgan Stanley Investment Management I... | Multiple Portfol... | MF-AGG | | 37,671 | 0.03 |
| 7. | Morgan Stanley & Co International PLC | MORGAN STANL... | 13F | | 18,863 | 0.01 |
| 8. | Morgan Stanley Investment Management L... | MORGAN STANL... | 13F | | 1,806 | 0.00 |
| 9. | Morgan Stanley | Multiple Portfol... | MF-AGG | | 1,375 | 0.00 |
| 10. | Morgan Stanley Smith Barney LLC | MORGAN STANL... | 13F | | 750 | 0.00 |
| 11. | UBS AG | | ULT-AGG | | 11,642,879 | 8.05 |
| 12. | UBS Group AG | UBS GROUP AG | 13F | Y | 11,347,259 | 7.84 |
| 13. | UBS Asset Management Americas Inc | UBS GLOBAL AS... | 13F | | 295,620 | 0.20 |
| 14. | Nomura Holdings Inc | | ULT-AGG | | 10,690,836 | 7.39 |
| 15. | Nomura Holdings Inc | NOMURA HOLDI... | 13F | | 10,685,836 | 7.39 |
| 16. | Nomura Asset Management Co Ltd | NOMURA ASSET ... | 13F | | 5,000 | 0.00 |
| 17. | Credit Suisse Group AG | | ULT-AGG | | 8,641,773 | 5.97 |
| 18. | Credit Suisse AG | | 13G | | 8,641,773 | 5.97 |

CONFIDENTIAL TREATMENT REQUESTED

BOA-229-SDNY-00005251
SDNY_P004_0000129552