| | |
|---|---|
| **From:** | Patrick Halligan on behalf of "Patrick Halligan" <Halligan> |
| **Sent:** | Tue, 16 Mar 2021 13:32:27 -0400 (EDT) |
| **To:** | "Andy" <Mills>; "Scott" <Becker>; "William" <Tomita> |
| **Subject:** | BofA Credit/Risk |

Just a quick note to let you know that we had a 30min call with credit/risk at BofA. Scott painted a nice picture of who we are and what we do, as he always does. I think it was enough to get things rolling. All three people on their side claimed to have touched our account in some capacity going back in time over the many places they each moved on from; so collectively they had some knowledge of who we are, what we do, and how we do it. Other than them asking if we typically trade under Reg-T margin rules (which is a retail investor platform) and their scheduling another call back to back with ours on the same dial in number (so people started to randomly populate the call at the end), nothing much more to report (at least for a cheap chuckle).

Scott and I will have an onboarding check-in call at 5 with Jen. With all the pieces in motion we hope it's more of a touch point to make sure we can stay ahead of the curve. We will send an update after we wrap that up.

**GOVERNMENT EXHIBIT 148**
22 Cr. 240 (AKH)

Confidential Treatment Requested by King & Spalding

Archegos-SDNY-02407876
SDNY_P001_0002462889