

| Date | Cash Number | Label | Government Exhibit | Trial Transcript |
|---|---|---|---|---|
| 10/30/2020 | $790,000,000 | "Cash Est Completed" | GX 6620, 6620A | n/a |
| 11/30/2020 | $1,203,000,000 | "Cash Est Completed" | GX 6621, 6621A | 405-06 |
| 12/31/2020 | $1,451,000,000 | "Cash Est Completed" | GX 6622, 6622A | n/a |
| 1/29/2021 | $6,635,000,000 | "Cash Est Completed" | GX 6623, 6623A | n/a |
| 2/26/2021 | $5,592,000,000 | "Cash Est Completed Orders" | GX 6624, 6624A | n/a |
| 3/1/2021 | $6,356,000,000 | "Cash Est Completed Orders" | GX 6625, 6625A | n/a |
| 3/2/2021 | $5,588,000,000 | "Cash Est Completed Orders" | GX 6626, 6626A | n/a |
| 3/3/2021 | $5,431,000,000 | "Cash Est Completed Orders" | GX 6627, 6627A | n/a |
| 3/4/2021 | $4,480,000,000 | "Cash Est Completed Orders" | GX 6628, 6628A | n/a |
| 3/5/2021 | $4,786,000,000 | "Cash Est Completed Orders" | GX 6629, 6629A | n/a |
| 3/8/2021 | $5,440,000,000 | "Cash Est Completed Orders" | GX 6630, 6630A | n/a |
| 3/9/2021 | $4,510,000,000 | "Cash Est Completed Orders" | GX 6631, 6631A | n/a |
| 3/10/2021 | $4,477,000,000 | "Cash Est Completed Orders" | GX 6632, 6632A | n/a |
| 3/11/2021 | $5,438,000,000 | "Cash Est Completed Orders" | GX 6633, 6633A | n/a |
| 3/12/2021 | $7,137,000,000 | "Cash Est Completed Orders" | GX 6634, 6634A | n/a |
| 3/15/2021 | $7,409,000,000 | "Cash Est Completed Orders" | GX 6635, 6635A | n/a |
| 3/16/2021 | $7,546,000,000 | "Cash Est Completed Orders" | GX 6636, 6636A | n/a |
| 3/17/2021 | $6,389,000,000 | "Cash Est Completed Orders" | GX 6637, 6637A | n/a |
| 3/18/2021 | $6,145,000,000 | "Cash Est Completed Orders" | GX 6638, 6638A | n/a |
| 3/19/2021 | $6,035,000,000 | "Cash Est Completed Orders" | GX 6639, 6639A | n/a |
| 3/22/2021 | $6,047,000,000 | "Cash Est Completed Orders" | GX 6640, 6640A | n/a |
| 3/23/2021 (10:05 am) | $2,411,000,000 | "BofA balance/broker excess after calls" | GX 6562, 6562A | 3481-84 |
| 3/23/2021 (8:07 pm) | -$75,000,000 | "BofA balance/broker excess after calls" | GX 6564, 6564B | 418-19, 1107-09, 3117-19, 3515-18 |
| 3/24/2021 (10:37 am) | -$6,951,000,000 | "True Excess Cash" | GX 6657 | 3525-26 |
| 3/24/2021 (7:32 pm) | -$13,518,000,000 | "True Excess Cash" | GX 6650, 6650B | 420-22, 1125-26 |
| 3/25/2021 | -$15,092,000,000 | "True Excess Cash" | GX 6656 | 3557-58 |