UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
UNITED STATES OF AMERICA,                                        :
                                                                 :
      -against-                                                  :
                                                                 :
                                                                 :
SUNG KOOK (BILL) HWANG and                                       :
PATRICK HALLIGAN,                                                :
                                                                 :
                                        Defendants.              :
-----------------------------------------------------------------X
                                                                 .

*Redacted*

**VERDICT FORM**

22 Cr. 240 (AKH)

I.      **COUNT ONE: RICO Conspiracy**

As to COUNT ONE, how do you find SUNG KOOK (BILL) HWANG?

Guilty ___X___      Not Guilty _____

As to COUNT ONE, how do you find PATRICK HALLIGAN?

Guilty ___X___      Not Guilty _____

II.     **COUNT TWO: Securities Fraud**

As to COUNT TWO, how do you find SUNG KOOK (BILL) HWANG?

Guilty ___X___      Not Guilty _____

III.    **COUNT THREE: Market Manipulation (ViacomCBS (VIAC))**

As to COUNT THREE, how do you find SUNG KOOK (BILL) HWANG?

Guilty ___X___      Not Guilty _____

IV.     **COUNT FOUR: Market Manipulation (Discovery Communications, Inc. (DISCA))**

As to COUNT FOUR, how do you find SUNG KOOK (BILL) HWANG?

Guilty ___X___      Not Guilty _____

**V.**     **COUNT FIVE: Market Manipulation (Discovery Communications, Inc. (DISCK))**

As to COUNT FIVE, how do you find SUNG KOOK (BILL) HWANG?

Guilty __✗__          Not Guilty _____

**VI.**    **COUNT SIX: Market Manipulation (GSX Techedu Inc. (GSX))**

As to COUNT SIX, how do you find SUNG KOOK (BILL) HWANG?

Guilty __✗__          Not Guilty _____

**VII.**   **COUNT SEVEN: Market Manipulation (iQIYI, Inc. (IQ))**

As to COUNT SEVEN, how do you find SUNG KOOK (BILL) HWANG?

Guilty _____          Not Guilty __✗__

**VIII.**  **COUNT EIGHT: Market Manipulation (Tencent Music Group (TME))**

As to COUNT EIGHT, how do you find SUNG KOOK (BILL) HWANG?

Guilty __✗__          Not Guilty _____

**IX.**    **COUNT NINE: Market Manipulation (Vipshop Holdings Ltd. (VIPS))**

As to COUNT NINE, how do you find SUNG KOOK (BILL) HWANG?

Guilty __✗__          Not Guilty _____

X.  **COUNT TEN: Securities Fraud (Counterparties)**

As to COUNT TEN, how do you find SUNG KOOK (BILL) HWANG?

Guilty __X__     Not Guilty _____

As to COUNT TEN, how do you find PATRICK HALLIGAN?

Guilty __X__     Not Guilty _____

XI.  **COUNT ELEVEN: Wire Fraud (Counterparties)**

As to COUNT ELEVEN, how do you find SUNG KOOK (BILL) HWANG?

Guilty __X__     Not Guilty _____

As to COUNT ELEVEN, how do you find PATRICK HALLIGAN?

Guilty __X__     Not Guilty _____

July 10, 2024
4:34 pm

4