UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
    :
UNITED STATES OF AMERICA,     :
    :    **ORDER REGULATING PROCEEDINGS**
    :
    -against-    :    22 Cr. 240 (AKH)
    :
    :
SUNG KOOK (BILL) HWANG and PATRICK    :
HALLIGAN,
    :
    Defendants.    :
    :
---------------------------------------------------------------- 

ALVIN K. HELLERSTEIN, U.S.D.J.:

      In making its Rule 29 and Rule 33 motions, the Defense has fourteen days after the verdict, that is, until July 24, 2024, to file. The Government's opposition will be due fourteen days later, on August 7, 2024. Reply briefing will be due on August 16, 2024.

      SO ORDERED.

Dated:    July 11, 2024                        /s/ Alvin K. Hellerstein
           New York, New York           ALVIN K. HELLERSTEIN
                                                    United States District Judge