

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

August 5, 2024

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. We write to respectfully request that Mr. Halligan be permitted to travel to the Binghamton, N.Y. area during the period from August 15 through August 18, 2024. The purpose of this trip would be for Mr. Halligan to move his son into his freshman year of college. Mr. Halligan would travel from his home on August 15, and he would return home on August 18.

      Mr. Halligan's conditions of release permit him to travel in the Southern District of New York and the Eastern District of New York. [*See* ECF No. 9.] This request seeks permission for him to travel in the Northern District of New York during the period from August 15 through August 18, 2024; additionally, he is requesting permission to travel in and through the District of New Jersey and the Middle District of Pennsylvania while en route to and from Binghamton.

      We have conferred with Pretrial Services and the U.S. Attorney's Office regarding this request, and both have advised that they do not object.

      We respectfully request that the Court endorse this letter to permit Mr. Halligan to travel as proposed.

                                Respectfully submitted,

                                Mary E. Mulligan

Friedman Kaplan Seiler Adelman & Robbins LLP   7 Times Square, New York, NY 10036-6516   4887-8704-6560.1