

**Barry H. Berke**
Partner
T 212.715.7560
F 212.715.7660
bberke@kramerlevin.com

1177 Avenue of the Americas
New York, NY 10036
T 212.715.9100
F 212.715.8000

MARY E. MULLIGAN
mmulligan@fklaw.com
212.833.1123

**October 1, 2024**

> Denied. The comments and exchanges can be accomplished within the existing schedule. Alternatively, a postponement to a date within the first two weeks of November will be acceptable. Counsel shall confer with my Courtroom Deputy for an acceptable adjourned date.
> /s/Alvin K. Hellerstein, U.S.D.J.
> 10/2/2024

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Sung Kook (Bill) Hwang, et al.*, S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

On behalf of Bill Hwang and Patrick Halligan, and with the consent of the government, the parties write to respectfully request a brief adjournment of defendants' sentencing hearing in the above captioned-action.

The parties request to move the hearing, currently scheduled for October 28, 2024, to the first week of December 2024.

The parties received the draft Presentence Investigation Reports ("PSRs") for Mr. Hwang and Mr. Halligan on September 26 and 27, 2024, respectively, rather than as originally scheduled for September 9, 2024. The parties' objections to the PSRs are thus due on October 10 and 11, 2024. See Fed. R. Crim. P. 32(f). Because the parties will then need an opportunity to respond to the other side's objections, the final PSRs are unlikely to be completed until near the current sentencing date. Accordingly, the defendants respectfully request a five-week adjournment to permit the parties sufficient time to prepare objections and responses to the initial PSRs and to prepare sentencing submissions to the Court based on the final PSRs issued by Probation. The government consents to this request.

Respectfully submitted,

Barry H. Berke
Dani R. James
Jordan Estes

Mary E. Mulligan
Timothy Haggerty