

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

October 11, 2024

**VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hwang and Halligan*,
              S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

      The Government respectfully writes to transmit to the Court and the defense submissions that the Government received from five victims of the defendants' crimes who are seeking restitution in connection with sentencing. These submissions are from counterparties Credit Suisse, Jefferies, MUFG, and UBS, as well as from former Archegos employee Cindy Huang. The submissions contain personally identifiable information and other sensitive victim information, and thus the Government respectfully requests that the submissions be filed under seal. The Government has already transmitted the submissions to the United States Probation Office, and the Government will transmit to the Court, the defense, and Probation any further submissions that the Government receives.

                                          Respectfully submitted,

                                          DAMIAN WILLIAMS
                                          United States Attorney

                            By:  <u>/s/                            </u>
                                     Matthew Podolsky
                                   Alexandra Rothman
                                   Samuel P. Rothschild
                                   Andrew Thomas
                                   Assistant United States Attorneys
                                   Tel.: (212) 637-1947/-2580/-2504/-2106

Cc:    U.S. Probation Officer Johnny Y. Kim
        Counsel of Record (via ECF and email)