UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA          :
                                  :
                                  :     **SCHEDULING ORDER**
     -against-                    :
                                  :     22 Cr. 240 (AKH)
                                  :
SUNG KOOK (BILL) HWANG and        :
PATRICK HALLIGAN,                 :
                                  :
                    Defendants.   :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Sentencing for Defendant Sung Kook (Bill) Hwang will be held on November 20, 2024 at 10:30 a.m. in Courtroom 14D.

      Sentencing for Defendant Patrick Halligan will be held on November 26, 2024 at 11:30 a.m. in Courtroom 14D.

      There will be no further adjournments as to sentencing.

      SO ORDERED.

Dated:    October 15, 2024        ___/s/ Alvin K. Hellerstein_____
          New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge