# SENTENCING MEMORANDUM EXHIBITS

*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

Sentencing Memorandum Exhibits
*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

| TABLE OF CONTENTS | |
|---|---|
| Exhibit A | Letters Submitted in Support of Bill Hwang (see full table of Exhibit A letters below) |
| Exhibit B | Trial Exhibit DX-9158 |
| Exhibit C | Trial Exhibit DX-9161 |
| Exhibit D | Trial Exhibit DX-3250 |
| Exhibit E | Trial Exhibit DX-4913 |
| Exhibit F | Trial Exhibit GX-2504T |
| Exhibit G | Trial Exhibit DX-9160 |
| Exhibit H | Molly Moore Interview Notes (3615-001) |
| Exhibit I | Trial Exhibits GX-1110, GX-1110A |
| Exhibit J | Trial Exhibit DX-7063 |
| Exhibit K | Excerpt of Scott Becker Interview Notes (3501-055 at p. 2) |
| Exhibit L | Excerpt of William Tomita Interview Notes (3502-006 at p. 8) |

Sentencing Memorandum Exhibits
*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

**EXHIBIT A**
**TABLE OF CONTENTS**

| Exhibit No. | Name |
|---|---|
| A-040 | Ahn, Peter |
| A-008 | Bhandari, Esther |
| A-024 | Bhandari, Pankaj |
| A-026 | Bland, Jake |
| A-078 | Butler, Robert |
| A-012 | Chang, Liz |
| A-025 | Chik, Rainbow |
| A-107 | Cho, Michael |
| A-111 | Choi, Shannon |
| A-093 | Choi, Yejin |
| A-007 | Chon, El Woong (William) |
| A-021 | Chun, Dan |
| A-034 | Dafni, Eugene |
| A-053 | Dragovic, Milan |
| A-084 | Duff, Patrick |
| A-072 | Foresman, Bob |
| A-019 | Forrester, Alex |
| A-087 | Frazee, Randy |
| A-064 | Garjian Hiscoe, Barbara |
| A-043 | Gee, Alexander |
| A-005 | Gee, Lilada |
| A-058 | Gevorkian, Tsolak |
| A-066 | Gojkovich, Paul |
| A-088 | Guinness, C.J. |
| A-100 | Guinness, Jenny |
| A-099 | Guinness, Os |
| A-011 | Ha, Dan |
| A-049 | Han, Seung (Alex) |
| A-037 | Hejtmancik, Bryce |
| A-104 | Hong, Jaehoon |
| A-068 | Hong, Laura |
| A-067 | Hong, Mun |
| A-029 | Huynh, Sabastian |
| A-001 | Hwang, Becky |

Sentencing Memorandum Exhibits
*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

| Exhibit No. | Name |
|---|---|
| A-030 | Hwang, In Seon |
| A-002 | Hwang, Joanne |
| A-044 | Hwang, Ruth |
| A-039 | Hwang, Sara |
| A-003 | Hwang, Stephen |
| A-113 | Im, Hyepin |
| A-010 | Jackson, Catherine |
| A-080 | Jackson, Morgan |
| A-027 | Jahng, John |
| A-110 | Jhe, Wonho |
| A-089 | Jones, Dhani |
| A-112 | Kang, Mark |
| A-048 | Kang, Sukhee |
| A-028 | Kim, Alice |
| A-022 | Kim, Bennett |
| A-033 | Kim, Charles |
| A-075 | Kim, Christopher |
| A-014 | Kim, David |
| A-051 | Kim, David Yaejun |
| A-047 | Kim, ES |
| A-046 | Kim, Hoon |
| A-086 | Kim, Hyungmo |
| A-090 | Kim, James |
| A-009 | Kim, Linus |
| A-059 | Kim, Young Mok (Michael) |
| A-038 | Kim, Myungsoon |
| A-114 | Kim, Nam Soo |
| A-031 | Kim, Ryan |
| A-036 | Kim, Stephan |
| A-095 | Kim, Stephen |
| A-020 | Kim, Sumi |
| A-098 | Klus, Michel |
| A-013 | Ko, Jensen |
| A-062 | Labberton, Mark |
| A-106 | Lee, James |
| A-102 | Lee, Ryan |

Sentencing Memorandum Exhibits
*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

| Exhibit No. | Name |
| --- | --- |
| A-092 | Lee, Sang |
| A-006 | Lee, Su |
| A-108 | Lee, Thomas |
| A-056 | Lee, Wha Jin |
| A-054 | Lie, Woo Yong |
| A-071 | Limon, Forrest |
| A-101 | Ma, Jaeson |
| A-070 | Maron, Michael |
| A-094 | Mignone, Roberto |
| A-060 | Moon, Ae Ran |
| A-057 | Morgan, Ed |
| A-109 | Morgan, Merle |
| A-069 | Nam, James (Hyunwoo) |
| A-074 | Ocasio, Dwayne |
| A-096 | Olson, Eric |
| A-055 | Pae, Diana |
| A-063 | Palau, Kevin |
| A-042 | Park, David |
| A-097 | Park, SeHyun |
| A-091 | Rusaw, Rick |
| A-041 | Schuck, Sally |
| A-061 | Shaw, Mark |
| A-050 | Sheridan, Johanna |
| A-073 | Shin, Kate |
| A-077 | Sohn, On |
| A-018 | Song, Hannah |
| A-105 | Suh, Daniel |
| A-103 | Summers, Cary |
| A-079 | Sung, Jean |
| A-085 | Surh, Tina |
| A-081 | Taieb, Anne |
| A-065 | Takai, Yukiko |
| A-016 | Taniguchi, Daiki |
| A-082 | Tsirmpas, Dimitri |
| A-076 | Tsirmpas, Vasileios |
| A-083 | Wagner, Nathan |

Sentencing Memorandum Exhibits
*United States v. Bill Hwang*, S1 22 Cr. 240 (AKH)

| Exhibit No. | Name |
|---|---|
| A-017 | Whang, Hakyun |
| A-004 | Won, JK |
| A-052 | Wong, KY |
| A-015 | Xu, Lanyu |
| A-023 | Yang, Hee |
| A-045 | Yang, Jae |
| A-032 | Yu, Benny |
| A-035 | Zhang, Joseph |