**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

November 11, 2024

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re: *United States v. Sung Kook (Bill) Hwang et al.*, No. 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

  On behalf of our client, Bill Hwang, we write to submit additional letters in support of Mr. Hwang. The letters are Exhibits A-11 through A-20, which were inadvertently left off the previous filing at Dkt. No. 336-2.

  Thank you for your consideration.

                 Respectfully submitted,

                 */s/ Jordan Estes*

                 Barry H. Berke
                 Dani R. James
                 Michael Martinez
                 Jordan Estes

cc:  Counsel of Record (via ECF)

**Gibson, Dunn & Crutcher LLP**
200 Park Avenue  |  New York, NY 10166-0193  |  T: 212.351.4000  |  F: 212.351.4035  |  gibsondunn.com