UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                                                                  :

UNITED STATES OF AMERICA                  :      **SCHEDULING ORDER**

                                                                                                  :

— against —                                                        :

                                                                                                  :      22 Cr. 240 (AKH)

SUNG KOOK (BILL) HWANG                   :

                                                                                                  :

                                    Defendant.      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

ALVIN K. HELLERSTEIN, U.S.D.J.:

       Today's sentencing will be held in Courtroom 26B.

       SO ORDERED:

                                                                                               /s/ Alvin K. Hellerstein_____
Dated:      November 20, 2024                        ALVIN K. HELLERSTEIN
                New York, New York                       United States District Judge