U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

November 26, 2024

**VIA ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hwang and Halligan*,
             S1 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

    Pursuant to the Court's Order dated November 14, 2024 (Dkt. 339; *see* Nov. 20, 2024 Tr. 80), the Government respectfully writes to file on the public docket the submissions the Government has received to date from counterparty victims in connection with sentencing.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                  By:  _s/_____
                              Matthew Podolsky
                              Alexandra Rothman
                              Samuel P. Rothschild
                              Andrew Thomas
                              Assistant United States Attorneys
                              Tel.: (212) 637-1947/-2580/-2504/-2106

Encls.

Cc:    Counsel of Record (via ECF)