

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 3, 2024

**BY EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Sung Kook (Bill) Hwang, et al.,*
             **S1 22 Cr. 240 (AKH)**

*[Handwritten: So ordered. 12-4-24 /s/ Alvin K. Hellerstein]*

Dear Judge Hellerstein:

      The Government writes to respectfully request that the Court adjourn the December 5, 2024 and December 12, 2024 deadlines regarding supplemental sentencing briefing to December 10, 2024 at 12:00 p.m. and December 16, 2024 at 6:00 p.m., respectively.

      Since the November 21, 2024 conference, the Government has been in contact with counsel for each of Archegos's counterparties to obtain additional information regarding losses caused by the criminal conduct of the defendant, Bill Hwang, as directed by the Court. Counsel to UBS has informed the Government that multiple counterparty victims, including UBS, Credit Suisse, Nomura, and Morgan Stanley, may not have complete responses by the current deadline of December 5, 2024 and that they require more time to obtain additional information relevant to restitution, to draft responses, and to obtain the necessary client approvals to make the submissions.

      In order to accommodate the victims, and to ensure the parties' supplemental sentencing briefs can make use of the additional information the victims intend to supply, the Government respectfully requests that the Court adjourn the December 5, 2024 deadline regarding supplemental sentencing briefing to December 10, 2024 at 12:00 p.m. and that the Court also adjourn the December 12, 2024 submission deadline to December 16, 2024 at 6:00 p.m.

Counsel for the defendant has informed the Government that the defendant consents to the adjournment of the December 5, 2024 briefing deadline to December 10, 2024 on the condition that the December 12, 2024 deadline be adjourned to at least December 16, 2024 at the close of business.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/
Matthew Podolsky
Alexandra Rothman
Samuel P. Rothschild
Andrew Thomas
Assistant United States Attorneys
Tel.: (212) 637-1947/-2580/-2504/-2106