UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                             :

UNITED STATES OF AMERICA        :    **SCHEDULING ORDER**

    — against —                              :

                                          :    22 Cr. 240 (AKH)

SUNG KOOK (BILL) HWANG,         :

                                  Defendant.    :
------------------------------------ X

ALVIN K. HELLERSTEIN, U.S.D.J.:

    The continuation of the sentencing hearing for Defendant Sung Kook (Bill) Hwang, scheduled for December 18, 2024, is adjourned to December 19, 2024 at 10:30 am.

    SO ORDERED:

                                                                        /s/ Alvin K. Hellerstein

Dated:    December 5, 2024                        ALVIN K. HELLERSTEIN
            New York, New York                    United States District Judge