**GIBSON DUNN**

Jordan Estes
Partner
T: +1 212.351.3906
jestes@gibsondunn.com

December 18, 2024

**BY ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Sung Kook (Bill) Hwang et al.*, No. 22 Cr. 240 (AKH)

Dear Judge Hellerstein:

On behalf of our client, Bill Hwang, we write to respectfully request the Court's permission to file under seal the letter response to the prosecution's Supplemental Sentencing Memorandum filed on December 10, 2024.

We make this request pursuant to the Southern District of New York's ECF Rule 21.4, which provides in pertinent part that parties should "consider redacting" sensitive information from electronic filings, including "medical records, treatment, and diagnosis."

We have filed a redacted version of the letter brief on ECF, and we enclose with this letter an unredacted copy of the same.

Respectfully submitted,

Jordan Estes

cc:   Counsel of Record (via ECF)