

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

December 19, 2024

<u>VIA ECF</u>

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   **Re: *United States v. Sung Kook (Bill) Hwang*,**
      **S1 22 Cr. 240 (AKH)**

Dear Judge Hellerstein:

  As directed by the Court, and discussed on the record, the Government encloses a revised tabulation of losses, Exhibit A, and a revised workbook supporting its counterparty loss calculations, Exhibit B. Specifically, the Government (i) eliminated the "other payments to Archegos" value in the Jefferies calculation, reducing the Jeffries loss by approximately $2 million; (ii) reported the adjusted net facilitation costs amount for MUSE identified in their supplemental submission, rather than the prior calculated figure, reducing their loss by approximately $1 million; and (iii) included in the underlying workbook the UBS transaction cost figures discussed on the record, which total approximately $1.5 billion, with no effect on UBS's total losses.

        Respectfully submitted,

        EDWARD Y. KIM
        Acting United States Attorney

By: _____
    Matthew Podolsky
    Alexandra Rothman
    Samuel P. Rothschild
    Andrew Thomas
    Assistant United States Attorneys
    Tel.: (212) 637-1947/-2580/-2504/-2106

Cc: Counsel of Record (via ECF and email)