# Government Tabulation of Losses in U.S. v. Hwang

Updated 12/19/2024

## *Compensable Bank Losses*

| Category | BMO | CS | Jefferies | Macquarie | Morgan Stanley | MUSE | Nomura | UBS |
|---|---|---|---|---|---|---|---|---|
| Losses from Unrecovered Loans | $0.00 | $39,010,507.43 | $8,065,436.12 | $0.00 | $0.00 | $0.00 | $475,775,728.32 | $0.00 |
| Losses From Variation Margin & Payments | $0.00 | $4,745,586,060.00 | $19,471,336.11 | $0.00 | $14,464,464.00 | $187,031,995.00 | $137,158,818.00 | $0.00 |
| Losses Incurred By Facilitating Swaps | $30,465,614.91 | $540,399,650.00 | $6,981,519.56 | $228,831,613.68 | $2,884,711,647.00 | $76,584,932.00 | $2,236,033,666.52 | $1,574,335,331.00 |
| Credits Against Loss | $25,425,486.20 | $419,327,281.65 | $3,065,822.10 | $196,808,086.20 | $2,158,739,165.00 | $20,440,135.32 | $224,298,217.00 | $780,279,104.00 |
| Total | $5,040,128.71 | $4,905,668,935.78 | $31,452,469.69 | $32,023,527.48 | $740,436,946.00 | $243,176,791.68 | $2,624,669,995.84 | $794,056,227.00 |

## *Compensable Employee Losses*

| Category | Christopher Burn | Sarah Gohmert | Cindy Huang | Ryan Kealy | Brendan Sullivan |
|---|---|---|---|---|---|
| Losses from deferred compensation | $925,000.00 | $39,671.25 | $3,263,265.01 | $1,650,000.00 | $3,770,000.00 |
| Losses for fees/expenses | $10,000.00 | $0.00 | $35,000.00 | $45,000.00 | $273,774.49 |
| Total Loss | $935,000.00 | $39,671.25 | $3,298,265.01 | $1,695,000.00 | $4,043,774.49 |

## *Total Compensable Losses*

| | |
|---|---|
| Counterparty Losses | $9,376,525,022.18 |
| Individual Losses | $10,011,710.75 |
| Total Losses | $9,386,536,732.93 |