Counterparty Loss Workbook, updated 12/19/2024

| Loss/Credit Category | BMO (in $) | Credit Suisse | Jefferies | Macquarie | Morgan Stanley | MUSE | Nomura | UBS |
|---|---:|---:|---:|---:|---:|---:|---:|---:|
| Margin Loan/Credit Extended | 0.00 | 510,142,916.32 | 8,065,436.12 | 0.00 | | 0.00 | | 0.00 |
| Margin Recovered/Collateral Held | 20,424,080.32 | 471,132,408.89 | | 0.00 | 2,110,269,165.00 | 0.00 | | 204,692,694.00 |
| Net Margin Loss | -20,424,080.32 | 39,010,507.43 | 8,065,436.12 | 0.00 | -2,110,269,165.00 | 0.00 | 475,775,728.32 | -204,692,694.00 |
| | | | | | | | | |
| Variation Margin Paid to ACM | 0.00 | 5,132,954,806.00 | 0.00 | | 14,464,464.00 | 280,350,000.00 | 137,158,818.00 | 174,207,174.00 |
| Variation Margin Recovered | 4,566,467.00 | 387,368,746.00 | | 194,136,049.49 | 0.00 | 93,318,005.00 | | 683,541,029.00 |
| Net Variation Margin Loss | -4,566,467.00 | 4,745,586,060.00 | 19,471,336.11 | -194,136,049.49 | 14,464,464.00 | 187,031,995.00 | 137,158,818.00 | -509,333,855.00 |
| | | | | | | | | |
| Swap Facilitation Cost | 36,635,070.08 | 1,791,096,116.00 | | 2,119,254,063.86 | | 508,481,129.45 | 24,920,040,135.52 | 1,224,128,195.00 |
| Equity Transaction Recoveries | 6,169,455.17 | 1,250,696,466.00 | | 1,890,422,450.18 | | 430,918,930.55 | 22,684,006,469.00 | -350,207,136.00 |
| Net Swaps Loss/Gain | 30,465,614.91 | 540,399,650.00 | 6,981,519.56 | 228,831,613.68 | 2,884,711,647.00 | 76,584,932.00 | 2,236,033,666.52 | 1,574,335,331.00 |
| | | | | | | | | |
| Other payments to Archegos | | | | 0.00 | | | | |
| | | | | | | | | |
| Private mediation | 434,938.88 | 409,351,547.65 | 3,065,822.10 | 2,672,036.71 | 48,470,000.00 | 20,440,135.32 | 224,298,217.00 | 66,252,555.00 |
| Other recoveries | | 9,975,734.00 | | | | 0.00 | | |
| | | | | | | | | |
| Total loss (excluding fees and interest) | 5,040,128.71 | 4,905,668,935.78 | 31,452,469.69 | 32,023,527.48 | 740,436,946.00 | 243,176,791.68 | 2,624,669,995.84 | 794,056,227.00 |

| | |
|---|---:|
| **BANK RESTITUTION TOTAL** | 9,376,525,022.18 |