UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------- x
                                   :
UNITED STATES OF AMERICA           :
                                   :    MODIFICATION OF BAIL
   - v. -                          :
                                   :    S1 22 Cr. 240 (AKH)
SUNG KOOK (BILL) HWANG,            :
                                   :
   Defendant.                      :
                                   :
---------------------------------- x

WHEREAS, on or about November 20th, November 21st, and December 19th, 2024, the Court conducted a sentencing hearing regarding the defendant SUNG KOOK (BILL) HWANG (the "Defendant"); and

WHEREAS, the Court, after hearing argument from the parties regarding bail pending appeal, has considered the statutory bail factors and applicable law.

NOW, THEREFORE, IT IS ORDERED, THAT:

1. The defendant shall be bailed pending appeal upon the following conditions:

   a. All previously imposed bail conditions, including the personal recognizance bond and posted security, remain in effect;

   b. The defendant shall not make any new applications for a passport and will surrender to Pretrial Services any previously lost passport he may discover while on release;

   c. The defendant may travel out of New York or New Jersey only upon permission of Pretrial Services or this Court, making any such travel request at least three days prior to his planned travel; and

d.  The defendant shall cause his counsel to seek expedited briefing on any appeal he may file in the United States Court of Appeals.

December 19, 2024

SO ORDERED:

/s/ Alvin K. Hellerstein

HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE