

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 31, 2025

**VIA ECF AND EMAIL**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Hwang & Halligan*,
     **S1 22 Cr. 240 (AKH)**

Dear Judge Hellerstein:

  The Government respectfully writes to propose a procedure to resolve the outstanding sentencing and restitution issues in this case.

  Since defendant Patrick Halligan's sentencing proceeding, the Government and counsel for each defendant have discussed a potential schedule and have identified possible ways to attempt to narrow various legal and factual disagreements. Based on that exchange, the Government proposes the following schedule:

1. Between now and February 7, 2025, the parties will meet and confer to attempt to narrow the range of remaining legal and factual disputes regarding restitution. No later than February 7, 2025, the parties will file a status letter to update the Court on the remaining disputes and propose mutually acceptable dates for a hearing.

2. The Court will hold a hearing to take additional evidence on the remaining factual disputes. The parties respectfully request that the Court hold the hearing, rather than refer the matter to a Magistrate Judge, in light of the Court's familiarity with the issues.

3. Following the hearing, the parties will have one week to submit letter briefs addressing disputed issues in advance of a final sentencing and restitution conference.

4. The Court will hold a final sentencing and restitution conference for Hwang and Halligan, at which time the parties will have an opportunity to present any further argument that would be helpful to the Court and the Court will make its

rulings of law and fact, conclude the sentencing of defendant Patrick Halligan, and enter judgment as to both defendants.

    Respectfully submitted,

    DANIELLE R. SASSOON
    United States Attorney

By: _____
    Matthew Podolsky
    Alexandra Rothman
    Samuel P. Rothschild
    Andrew Thomas
    Assistant United States Attorneys
    Tel.: (212) 637-1947/-2580/-2504/-2106

Cc:    Counsel of Record (via ECF and email)