UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,

        Defendants.

22-CR-240 (AKH) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/25
```

**BARBARA MOSES, United States Magistrate Judge**.

In accordance with 18 U.S.C. § 3664(d)(6), the district judge has referred certain issues arising in connection with the proposed orders of restitution to me for proposed findings of fact and recommendations as to disposition. *See* Dkt. 401.

The parties must appear for a status and scheduling conference on **March 27, 2025, at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse. In advance of the conference, and no later than **March 24, 2025**, the parties must submit a joint letter that includes:

1.     The Government's most recent proposed schedule of former Archegos employee victims, with proposed restitution amounts and a brief description of how those amounts were computed;

2.     The Government's most recent schedule of former Archegos employees excluded from the victim list, with a brief description of the reason(s) for each exclusion;

3.     The parties' respective proposals (presented succinctly, without argument) for determining which former Archegos employees are "victims" for purposes of restitution under 18 U.S.C. § 3663(A)(a)(2); and

4.     The parties' respective proposals (presented succinctly, without argument) for determining how much restitution each is entitled to.

Dated: New York, New York
       March 14, 2025                  **SO ORDERED.**

                                                                      _____
                                                                        **BARBARA MOSES
                                                                        United States Magistrate Judge**