UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,

    Defendants.

22-CR-240 (AKH) (BCM)

**ORDER**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/26/25
```

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed the parties' March 24, 2025 submissions. Exhibits A through E may be filed under seal via ECF. Due to conflicts on the Court's calendar, the conference scheduled for March 27, 2025 is hereby **ADJOURNED** to **April 7, 2025 at 2:00 p.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse.

Dated: New York, New York
       March 26, 2025

                                  **SO ORDERED**.

                                **BARBARA MOSES**
                                **United States Magistrate Judge**