UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,

    Defendants.

22-CR-240 (AKH) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

    For the reasons discussed on the record during the May 9, 2025 Phase I hearing, the deadline for the former Archegos employees seeking restitution to submit additional evidence with respect to the issue of coercion is **May 15, 2025**. Defendants must submit any response to that evidence no later than **May 19, 2025**.

    As previously ordered, the Court will hold the Phase II hearing on **May 21, 2025 at 2:00 p.m.** in Courtroom 20A, 500 Pearl Street, New York, New York 10007. The Government must provide a witness who can explain its restitution calculations (regarding the former employees) and answer any questions the Court may have as to those calculations.

Dated: New York, New York
       May 9, 2025

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**