*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Building
26 Federal Plaza, 37th Floor
New York, New York 10278

May 21, 2025

**VIA ECF AND EMAIL**
The Honorable Barbara Moses
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Hwang & Halligan*,
              S1 22 Cr. 240 (AKH)

Dear Judge Moses:

    The Government respectfully writes to follow up on two matters that arose at today's Phase II hearing.

    First, the Government writes to confirm that it previously produced invoices for Mr. Kealy's attorneys' fees to Judge Hellerstein on January 21, 2025, (ECF No. 383, Ex. C), and to Your Honor via USAFx on March 14, 2025 (Exhibit C – Claims).

    Second, at the Phase II hearing, the Court raised a question about whether attorneys' fees incurred in connection with restitution proceedings are recoverable under the Mandatory Victims Restitution Act (MVRA). The Government writes to bring to the Court's attention the decisions in *United States v. Afriyie*, 27 F.4th 161, 173-74 (2d Cir. 2022), and *United States v. Avenatti*, No. 19 Cr. 373 (PGG), 2022 WL 452385, at *9 (S.D.N.Y. Feb. 14, 2022), *aff'd,* 81 F.4th 171 (2d Cir. 2023), which hold that expenses incurred while preparing for and participating in restitution proceedings are recoverable under the MVRA.

              Respectfully submitted,

              JAY CLAYTON
              United States Attorney

By: *[signature]*
        Alexandra Rothman
        Samuel P. Rothschild
        Andrew Thomas
        Assistant United States Attorneys
        Tel.: (212) 637-2580/-2504/-2106