UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

SUNG KOOK (BILL) HWANG and
PATRICK HALLIGAN,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/25
```

22-CR-240 (AKH) (BCM)

**SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge**.

The Court has received and reviewed the parties' proposed redactions to the Court's June 13, 2025 Report and Recommendation. The Court will conduct a telephonic conference to discuss the proposed redactions on **July 2, 2025, at 10:00 a.m.** A few minutes prior to the scheduled conference, the parties must call **(855) 244-8681** and enter the access code **2314 181 4376#**.

Dated: New York, New York
      June 26, 2025           **SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**