

**MARY E. MULLIGAN**
mmulligan@fklaw.com
212.833.1123

July 29, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl St.
New York, NY 10007-1312

          Re:    <u>United States v. Hwang, Halligan</u>, No. 22-cr-240-AKH

Dear Judge Hellerstein:

      We are counsel to defendant Patrick Halligan. Following last week's sentencing hearing, we have conferred with the government to revise the proposed restitution in a manner consistent with the Court's rulings. Enclosed as Exhibit A is a revised proposed restitution order in a form that is mutually agreeable to the parties in light of the Court's prior rulings.

      Consistent with the Court's prior rulings (*see* ECF No. 450) and Paragraph 7 of the proposed restitution order, the schedules to the proposed order have been filed under seal. We respectfully request that these schedules be maintained under seal as provided in Paragraph 7 of the proposed restitution order, and that the schedules not be filed on the publicly accessible docket.

                                                   Respectfully submitted,

                                                   Mary E. Mulligan

Enclosure (Exhibit A)

cc: All Counsel (by ECF and E-Mail, with enclosure)