UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------- x
                                                                :
UNITED STATES OF AMERICA,                                       :
                                                                :    **ORDER REGULATING**
          -against-                                             :    **PROCEEDINGS**
                                                                :
SUNG KOOK (BILL) HWANG and PATRICK                              :    22 Cr. 240 (AKH)
HALLIGAN,                                                       :
                                                                :
                              Defendant.                        :
                                                                :
--------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          The Government shall respond to the Defendants' pending motions, ECF Nos.

468 and 468, by January 5, 2026.

          SO ORDERED.

Dated:        December 3, 2025                    _____/s/ Alvin K. Hellerstein_____
              New York, New York                     ALVIN K. HELLERSTEIN
                                                     United States District Judge